# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| TRISURA INSURANCE COMPANY,<br><br>*Plaintiff(s)*<br>v.<br>Bighorn Construction and Reclamation, LLC; Bighorn Investments and Properties, LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC; Bridgelink Investments, LLC; et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-cv-11053 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
           Bighorn Construction and Reclamation, LLC
           777 Main Street, Suite 2800
           Forth Worth, TX 76102

           [See Rider to Summons for other Defendants.]

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           McElroy, Deutsch, Mulvaney & Carpenter, LLP
           225 Liberty Street, 36th Floor
           New York, NY 10281

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                           *CLERK OF COURT*

Date: _____            _____
                                                                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rider to Summons

BIGHORN INVESTMENTS AND PROPERTIES, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BIGHORN SAND & GRAVEL LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK COMMODITIES LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK ENGINEERING LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK INVESTMENTS, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

INTERMOUTAIN ELECTRIC SERVICE, INC.
P.O. Box 2169
Rock Springs, WY 82902

COLE WAYNE JOHNSON
4204 S. County Rd. 1128
Midland, TX 79706

CORD HENRY JOHNSON
1677 Center Point Rd.
Weatherford, TX 76087

CASSIE HAMILTON,
1677 Center Point Rd.
Weatherford, TX 76087