

2 Stamford Plaza
Suite 1504, 281 Tresser Boulevard
Stamford, Connecticut 06901
us.surety@trisura.com

# RIDER NO. 1

To be attached to and form part of Bond No.: **TIC01702**

Issued on behalf of as Principal:      **Bridgelink Engineering, LLC**

Issued in favour of as Obligee:      **Jicarilla Solar 1, LLC**

Bond issuance date:      **February 10th, 2022**

**IT IS HEREBY UNDERSTOOD AND AGREED THAT:**

The **OWNER NAME AND ADDRESS** on the Performance and Payment bond is hereby amended :

From:    Jicarella Solar 1, LLC c/o Hecale Energy, LLC
         621 W. Randolph Street
         Chicago, IL 60661

To:    Repsol Renewables Development Company, LLC
        2455 Technology Forest Blvd.
        The Woodlands, TX, 77381

All other terms and conditions of the said bond remain unchanged.

Signed, sealed and dated the **22nd** day of **June, 2022**

**BRIDGELINK ENGINEERING, LLC**

_____
Principal

**TRISURA INSURANCE COMPANY**

_____
Kyle Bambule, Attorney-in-Fact



# POWER OF ATTORNEY

Bond # TIC01702

**KNOW ALL MEN BY THESE PRESENTS:** That **TRISURA INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Oklahoma, authorized to conduct a surety business, and having its principal place of business at 2 Stamford Plaza, Suite 1504, Tresser Boulevard, Stamford, Connecticut 06901, does hereby constitute and appoint:

**Kyle Bambule, Jenna Leuck**

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **TRISURA INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **TRISURA INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **TRISURA INSURANCE COMPANY** at a meeting duly held on the 11th day of **December, 2020**.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **TRISURA INSURANCE COMPANY** have each executed and attested these presents on this **28th** day of **July, 2021**.

STATE OF Connecticut
County of Fairfield

George James, Chief Underwriting Officer, Surety

On this **28th** day of **July, 2021**, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of **TRISURA INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at Fairfield, Connecticut the day and year first above written.

_____ seal

Kathryn Josephsen, a Notary Public of Connecticut
My Commission Expires:

KATHRYN M. JOSEPHSEN
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 2/28/2019 24

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: us.surety@trisura.com