UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TRISURA INSURANCE COMPANY,                              Civil Action No. 1:23-cv-11053-GWH

Plaintiff,

–against–

BIGHORN CONSTRUCTION AND RECLAMATION,          **RULE 7.1 STATEMENT**
LLC; BIGHORN INVESTMENTS AND PROPERTIES,
LLC; BIGHORN SAND & GRAVEL LLC;
BRIDGELINK COMMODITIES LLC; BRIDGELINK
ENGINEERING LLC; BRIDGELINK INVESTMENTS,
LLC; BRIDGELINK RENEWABLE ENERGY
DEVELOPMENT LLC; BRIDGELINK RENEWABLE
ENERGY INVESTMENTS LLC; INTERMOUTAIN
ELECTRIC SERVICE, INC.; COLE WAYNE JOHNSON;
CORD HENRY JOHNSON; CASSIE HAMILTON,

Defendants.
-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Trisura Insurance

Company ("Trisura"), by its attorneys McElroy, Deutsch, Mulvaney & Carpenter, LLP,

respectfully submits the following corporate disclosure statement:

Trisura is an Oklahoma corporation, which is owned 100% by Trisura U.S. Holding

Company, which is owned 100% by Trisura Group Ltd., which is a publicly traded company on

the Toronto Stock Exchange. Trisura is not a publicly traded company.

Dated:  New York, New York            MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
       December 23, 2023            *Attorneys for Trisura Insurance Company*

By: _____*/s/ Dennis O'Neil Cowling*_____
DENNIS O'NEIL COWLING
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490 (Telephone)
(212) 483-9129 (Facsimile)
dcowling@mdmc-law.com