```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
----------------------------------------------------------X   ELECTRONICALLY FILED
                                                          :   DOC #: _____
TRISURA INSURANCE COMPANY,                                :   DATE FILED: 12/26/2023
                                                          :
                                        Plaintiff,        :   1:23-cv-11053-GHW
                                                          :
               -v -                                       :   ORDER REFERRING CASE
                                                          :   TO MAGISTRATE JUDGE
BIGHORN CONSTRUCTION AND                                  :
RECLAMATION, LLC, et al.,                                 :
                                                          :
                                        Defendants.       :
                                                          :
----------------------------------------------------------X
```

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Specific motion: _____

All such motions: __X__

SO ORDERED.

Dated: December 26, 2023

_____
GREGORY H. WOODS
United States District Judge