UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

                Plaintiff,

    –against–

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC; BIGHORN
INVESTMENTS AND PROPERTIES, LLC;
BIGHORN SAND & GRAVEL LLC;
BRIDGELINK COMMODITIES LLC;
BRIDGELINK ENGINEERING LLC;
BRIDGELINK INVESTMENTS, LLC;
BRIDGELINK RENEWABLE ENERGY
DEVELOPMENT LLC; BRIDGELINK
RENEWABLE ENERGY INVESTMENTS LLC;
INTERMOUTAIN ELECTRIC SERVICE, INC.;
COLE WAYNE JOHNSON; CORD HENRY
JOHNSON; CASSIE HAMILTON,

                Defendants.
------------------------------------------------------------X

Civil Action No. 1:23-cv-11053-GWH-JW

**AMENDED OR SUPPLEMENTAL
<u>RULE 7.1 STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Trisura Insurance Company ("Trisura"), by its attorneys McElroy, Deutsch, Mulvaney & Carpenter, LLP, respectfully submits the following corporate disclosure statement:

      Trisura is an Oklahoma corporation with its principal place of business located in Oklahoma. Trisura is not publicly traded. Trisura is 100% owned by Trisura (US) Holding Company.

      Trisura (US) Holding Company is an Oklahoma corporation with its principal place of business in Oklahoma. Trisura (US) Holding Company is not publicly traded. Trisura (US) Holding Company is 100% owned by Trisura Group Ltd.

      Trisura Group Ltd. is a Canadian corporation, incorporated under the Business

Corporations Act (Ontario), with its principal place of business located in Toronto, Ontario.

Trisura Group Ltd. is a publicly traded company on the Toronto Stock Exchange.

| | |
|---|---|
| Dated:  New York, New York<br>January 10, 2024 | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>*Attorneys for Trisura Insurance Company*<br><br>By: _____/s/ Dennis O'Neil Cowling_____<br>DENNIS O'NEIL COWLING<br>225 Liberty Street, 36th Floor<br>New York, New York 10281<br>(212) 483-9490 (Telephone)<br>(212) 483-9129 (Facsimile)<br>dcowling@mdmc-law.com |