UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Job #: 2024820

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP  PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

| | |
|---|---|
| Trisura Insurance Company,<br><br>vs<br><br>Bighorn Construction and Reclamation, LLC, et al.,<br><br>Plaintiff,<br>Defendants. | Civil Action Number: 23-cv-11053<br>Date Filed:<br>Client's File No.: T0817-1001<br>Court Date:<br>Court Time: |

STATE OF TEXAS, COUNTY OF ELLIS, SS.:
Stephen C. Buskirk, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Texas.

On **01/12/2024**, at **12:15 PM** at: **3610-2 N Josey Lane, Suite 223, Carrollton, TX 75007** Deponent served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement**

On: **Bridgelink Engineering, LLC, c/o: Registered Agent, URS Agents LLC**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Janice Brown personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Agent (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Gray    Glasses: No
Age: 51 - 65 Yrs.    Height: 5ft 4in - 5ft 8in    Weight: 131-160 Lbs.    Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

SUNNY S. BUSKIRK
Notary Public, State of Texas
Comm. Expires 03-24-2028
Notary ID 126457653

Sworn to before me on 01/19/2024

Stephen C. Buskirk
PSC 1987

C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757