UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

               Plaintiff,

        –against–

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC; BIGHORN
INVESTMENTS AND PROPERTIES, LLC;
BIGHORN SAND & GRAVEL LLC;
BRIDGELINK COMMODITIES LLC;
BRIDGELINK ENGINEERING LLC;
BRIDGELINK INVESTMENTS, LLC;
BRIDGELINK RENEWABLE ENERGY
DEVELOPMENT LLC; BRIDGELINK
RENEWABLE ENERGY INVESTMENTS LLC;
INTERMOUTAIN ELECTRIC SERVICE, INC.;
COLE WAYNE JOHNSON; CORD HENRY
JOHNSON; CASSIE HAMILTON,

               Defendants.
---------------------------------------------------------------X

Civil Action No. 1:23-cv-11053-GWH-JW

**CLERK'S CERTIFICATE
OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 22, 2023 with the filing of a summons and complaint. Thereafter, on January 10, 2024 a copy of an amended complaint was filed, which modified the Plaintiff's principal place of business to Oklahoma. On January 12, 2024, a copy of the summons and amended complaint was served on defendant Bridgelink Investments, LLC c/o its Registered Agent, URS Agents, LLC, by personally serving same on Janice Brown, Agent authorized to accept service, *and proof of service was therefore filed on February 23, 2024, Doc. #(s) 19.* I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved**

**with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**
     **February** 29 **, 2024**                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**


                                                    K. Mango

                                    **By:** _____
                                                    **Deputy Clerk**