# Exhibit 2-A

# STATE OF WYOMING ∗ SECRETARY OF STATE
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | **Intermountain Electric Service Inc.** | | |
| **Filing ID** | Redacted | | |
| **Type** | Profit Corporation | **Status** | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | Intermountain Electric Service | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 07/08/1975 12:00 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 50,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

85 Purple Sage
Rock Springs, Wyoming 82901

### Mailing Address

P.O. Box 2169
Rock Springs, WY 82902

### Registered Agent Address

Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| | |

### Notes

| Date | Recorded By | Note |
|---|---|---|
| | | |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Intermountain Electric Service Inc.** |
| **Filing ID** | Redacted |
| Type | Profit Corporation     Status     Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2023 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 09100977 |
| AR Date | 9/13/2023 8:52 AM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President / Director | COLE W JOHNSON  1301 OLD TIN TOP RD., WEATHERFORD, TX 76087 |
| Secretary / Director | CORD H JOHNSON  1677 CENTER POINT RD., WEATHERFORD, TX 76087 |

| **Principal Address** | **Mailing Address** |
|---|---|
| 85 Purple Sage | P.O. Box 2169 |
| Rock Springs, Wyoming 82901 | Rock Springs, WY 82902 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00324967 | Original | 01/01/1800 | 1995 | $800.00 |
| 00352156 | Original | 01/01/1800 | 1996 | $800.00 |
| 00376560 | Original | 01/01/1800 | 1997 | $1,200.00 |
| 00404352 | Original | 01/01/1800 | 1998 | $1,200.00 |
| 00429528 | Original | 08/17/1999 | 1999 | $1,200.00 |
| 00474379 | Original | 01/31/2001 | 2000 | $985.68 |
| 00515798 | Original | 02/25/2002 | 2001 | $1,286.46 |
| 00542834 | Original | 08/20/2002 | 2002 | $1,692.54 |
| 00583722 | Original | 08/07/2003 | 2003 | $1,435.37 |
| 00623650 | Original | 07/06/2004 | 2004 | $1,624.56 |
| 00670961 | Original | 07/08/2005 | 2005 | $1,641.38 |
| 00720288 | Original | 06/26/2006 | 2006 | $1,819.92 |
| 00790116 | Original | 07/02/2007 | 2007 | $2,396.51 |
| 00893681 | Original | 06/04/2008 | 2008 | $2,875.37 |
| 01005199 | Original | 04/23/2009 | 2009 | $3,446.12 |
| 01177261 | Original | 06/24/2010 | 2010 | $2,462.54 |
| 01335341 | Original | 05/12/2011 | 2011 | $3,071.22 |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Intermountain Electric Service Inc.** | | | | |
|---|---|---|---|---|---|
| **Filing ID** | Redacted | | | | |
| Type | Profit Corporation | | | Status | Active |

| | | | | |
|---|---|---|---|---|
| 01566850 | Original | 07/10/2012 | 2012 | $2,953.88 |
| 01864466 | Original | 07/11/2013 | 2013 | $3,068.27 |
| 02029248 | Original | 05/07/2014 | 2014 | $3,303.19 |
| 02174279 | Amendment | 01/30/2015 | 2014 | $3,303.19 |
| 02260650 | Original | 06/19/2015 | 2015 | $3,402.16 |
| 02523049 | Original | 07/15/2016 | 2016 | $3,312.38 |
| 02852263 | Original | 06/27/2017 | 2017 | $3,236.01 |
| 03657939 | Original | 06/26/2018 | 2018 | $3,293.14 |
| 04765667 | Original | 07/10/2019 | 2019 | $2,443.77 |

    Principal Address 1 Changed  From: 701 S Federal Blvd  To: 701 S Federal Blvd.
    Principal State Changed  From: WY  To: Wyoming

| | | | | |
|---|---|---|---|---|
| 05763317 | Original | 05/13/2020 | 2020 | $2,401.51 |

    Principal Address 1 Changed  From: 701 S Federal Blvd.  To: 85 Purple Sage
    Principal City Changed  From: Riverton  To: Rock Springs
    Principal Postal Code Changed  From: 82501  To: 82901

| | | | | |
|---|---|---|---|---|
| 06249638 | Original | 06/02/2021 | 2021 | $2,323.05 |
| 07424570 | Original | 07/01/2022 | 2022 | $1,886.63 |
| 07743335 | Amendment | 10/15/2022 | 2022 | $0.00 |
| 08012987 | Amendment | 12/30/2022 | 2022 | $0.00 |
| 09100977 | Original | 09/13/2023 | 2023 | $60.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2023-004371161 | Reinstatement - Tax | 09/13/2023 |

    Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active

| | | |
|---|---|---|
| 2023-004357871 | Dissolution / Revocation - Tax | 09/08/2023 |

    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
    Inactive Date Changed  From: No Value  To: 09/08/2023

| | | |
|---|---|---|
| 2023-004256559 | Delinquency Notice - Tax | 07/02/2023 |
| 2021-003276976 | Change of Agent | 07/21/2021 |

    Registered Agent # Changed  From: 0198289  To: 0173386
    Registered Agent Organization Name Changed  From: No Value  To: Corporation Service Company
    Registered Agent First Name Changed  From: Willis  To: No Value
    Registered Agent Middle Name Changed  From: V  To: No Value

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Intermountain Electric Service Inc.** |
| **Filing ID** | Redacted |

| Type | Profit Corporation | Status | Active |
|---|---|---|---|

    Registered Agent Last Name Changed  From: Hall  To: No Value
    Registered Agent Physical Address 1 Changed  From: 85 Purple Sage  To: 1821 Logan Ave
    Registered Agent Physical Address 2 Changed  From: PO Box 2169  To: No Value
    Registered Agent Physical City Changed  From: Rock Springs  To: Cheyenne
    Registered Agent Physical County Changed  From: Sweetwater  To: Laramie
    Registered Agent Physical Postal Code Changed  From: 82901  To: 82001

2020-002829544   Change of Agent      05/18/2020
    Registered Agent # Changed  From: 0002250  To: 0198289
    Registered Agent First Name Changed  From: Donald  To: Willis
    Registered Agent Middle Name Changed  From: C  To: V
    Registered Agent Last Name Changed  From: Larson  To: Hall
    Registered Agent Physical Address 1 Changed  From: 701 S Federal Blvd  To: 85 Purple Sage
    Registered Agent Physical Address 2 Changed  From: No Value  To: PO Box 2169
    Registered Agent Physical City Changed  From: Riverton  To: Rock Springs
    Registered Agent Physical County Changed  From: Fremont  To: Sweetwater
    Registered Agent Physical Postal Code Changed  From: 82501  To: 82901

2019-002579659   Delinquency Notice - Tax      07/02/2019
2019-002523023   Name Change      03/27/2019
    Filing Name Changed  From: Intermountain Electric Service  To: Intermountain Electric Service Inc.
2016-001920700   Delinquency Notice - Tax      07/02/2016
2013-001512929   Delinquency Notice - Tax      07/02/2013
2012-001350277   Delinquency Notice - Tax      07/02/2012
2007-000625682   Delinquency Notice - Tax      07/01/2007
2006-000523522   Common Amendment      10/13/2006
2006-000523521   Change of Agent      10/13/2006
See Filing ID   Initial Filing      07/08/1975