# Exhibit 3

**Dennis Cowling**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, February 28, 2024 12:14 PM |
| **To:** | Dennis Cowling |
| **Subject:** | FedEx Shipment 775334331571: Your package has been delivered |

**This message originated from outside your organization**

# Hi. Your package was delivered Wed, 02/28/2024 at 10:08am.

Delivered to 1821 LOGAN, CHEYENNE, WY 82001
Received by A.MANZANITAS

**OBTAIN PROOF OF DELIVERY**

How was your delivery ?

TRACKING NUMBER    775334331571

1

| | |
|---|---|
| **FROM** | McElroy, Deutsch & Mulvaney |
| | 225 Liberty Street |
| | 36th Floor |
| | New York, NY, US, 10281 |
| **TO** | Corporation Service Company |
| | Corporation Service Company |
| | 1821 Logan Avenue |
| | CHEYENNE, WY, US, 82001 |
| **PURCHASE ORDER NUMBER** | Dennis O'Neil Cowling |
| **REFERENCE** | S0163-4039 |
| **SHIPPER REFERENCE** | S0163-4039 |
| **SHIP DATE** | Tue 2/27/2024 03:37 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | New York, NY, US, 10281 |
| **DESTINATION** | CHEYENNE, WY, US, 82001 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from start to finish. And if you need to make a return, our network of

2

