# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Job #: 2024954

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

| | |
|---|---|
| Trisura Insurance Company, | Civil Action Number: 23-cv-11053 |
| | Date Filed: |
| **VS** *Plaintiff,* | Client's File No.: T0817-1001 |
| Bighorn Construction and Reclamation, LLC, et al., | Court Date: |
| *Defendants* | Court Time: |

STATE OF WYOMING, COUNTY OF LARAMIE, SS.:
Gregory Goodwine, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Wyoming.

On **02/06/2024**, at **3:55 PM** at: **1821 Logan Avenue, Cheyenne, WY 82001** Deponent served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement**

On: **Intermountain Electric Service, Inc.**, c/o: **Corporation Service Company**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Isaiah Rose personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Assistant of authorized Agent (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| | | |
|---|---|---|
| Sex: Male | Color of skin: Black | Color of hair: Black Glasses: |
| Age: 30 - 40 Yrs. | Height: 5ft 7in - 5ft 9in | Weight: 170-180 Lbs. Other Features: |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 5th day of February 2024

*Valerie Vasquez*

VALERIE VASQUEZ
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 165908
MY COMMISSION EXPIRES: 08/19/2027

*Gregory Goodwine*

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

| | | |
|---|---|---|
| | | **affiliates?", select the Yes or No radio button - If Yes - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time - name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. (kw)** (Entered: 12/26/2023) |
| 12/28/2023 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Trisura Group Ltd., Corporate Parent Trisura (US) Holding Company for Trisura Insurance Company. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 12/28/2023) |
| 01/10/2024 | 9 | AMENDED COMPLAINT amending 5 Complaint,, against Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Commodities LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Development LLC, Bridgelink Renewable Energy Investments LLC, Cassie Hamilton, Intermoutain Electric Service, Inc., Cole Wayne Johnson, Cord Henry Johnson.Document filed by Trisura Insurance Company. Related document: 5 Complaint,,. (Attachments: # 1 Exhibit A: Indemnity Agreement in favor of Plaintiff, # 2 Exhibit B-1: Bonds, Performance and Payment, TIC01702, # 3 Exhibit B-2: Rider No. 1 to Bonds TIC01702, # 4 Exhibit C: Collateral Demand Letter to Defendants).(Cowling, Dennis) (Entered: 01/10/2024) |
| 01/10/2024 | 10 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Trisura Group Ltd., Corporate Parent Trisura (US) Holding Company for Trisura Insurance Company. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 01/10/2024) |
| 02/22/2024 | 11 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Construction and Reclamation, LLC served on 1/25/2024, answer due 2/15/2024. Service was accepted by Cynthia Jackson of URS Agents, LLC, Registered Agent. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/22/2024 | 12 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Investments and Properties, LLC served on 1/25/2024, answer due 2/15/2024. Service was accepted by Cynthia Jackson of URS Agents, LLC, Registered Agent. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/22/2024 | 13 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Intermoutain Electric Service, Inc. served on 2/6/2024, answer due 2/27/2024. Service was accepted by Isaiah Rose of Corporation Service Company, Assistant of Authorized Registered Agent to accept service of process. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/23/2024 | 14 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Sand & Gravel LLC served on 1/12/2024, answer due 2/2/2024. Service was accepted by Heather Stewart, Corporate Specialist, URS Agents LLC, Delaware, authorized to accept service on Defendant's behalf. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/23/2024) |
| 02/23/2024 | 15 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Service was accepted by Janice Brown, Agent for URS Agents LLC, Texas, authorized to accept service on Defendant's behalf. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/23/2024) |
| 02/23/2024 | 16 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bridgelink Commodities LLC served on 1/12/2024, answer due 2/2/2024. Service was accepted by |