## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | **Bighorn Construction and Reclamation, LLC** | | |
| **Filing ID** | Redacted | | |
| **Type** | Limited Liability Company | **Status** | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 09/24/2012 3:27 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 11/09/2023 |

## Principal Address

777 Main St, Suite 2800
Fort Worth, TX 76102

## Mailing Address

555 17th Street, Suite 1725
Denver, CO 80202

## Registered Agent Address

URS Agents, LLC
1507 Lampman Ct
Cheyenne, WY 82007

## Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Cole Johnson |

## Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Bighorn Construction and Reclamation, LLC** | | |
| **Filing ID** | Redacted | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2022 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 07583183 |
| AR Date | 8/25/2022 12:55 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

### Principal Address
777 Main St, Suite 2800
Fort Worth, TX 76102

### Mailing Address
555 17th Street, Suite 1725
Denver, CO 80202

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 01907814 | Original | 10/02/2013 | 2013 | $50.00 |
| 02082321 | Original | 08/20/2014 | 2014 | $159.32 |
| 02364554 | Original | 11/24/2015 | 2015 | $241.93 |
| 02626695 | Original | 10/14/2016 | 2016 | $228.24 |

    Principal Address 1 Changed  From: 9 Short Trail  To: 1100 West Richards
    Principal Address 2 Changed  From: No value  To: PO Box 1512
    Principal State Changed  From: WY  To: Wyoming

| | | | | |
|---|---|---|---|---|
| 03032997 | Original | 09/21/2017 | 2017 | $407.84 |
| 03826016 | Original | 09/14/2018 | 2018 | $288.40 |
| 05205209 | Original | 11/12/2019 | 2019 | $1,883.92 |
| 05959879 | Original | 10/23/2020 | 2020 | $460.00 |
| 06582218 | Original | 08/16/2021 | 2021 | $60.00 |

    Principal Address 1 Changed  From: 1100 West Richards  To: 777 Main St, Suite 2800
    Principal City Changed  From: Douglas  To: Fort Worth
    Principal State Changed  From: Wyoming  To: TX
    Principal Postal Code Changed  From: 82633  To: 76102

| | | | | |
|---|---|---|---|---|
| 07583183 | Original | 08/25/2022 | 2022 | $60.00 |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Bighorn Construction and Reclamation, LLC** |
| Filing ID | Redacted |
| Type | Limited Liability Company |
| Status | Inactive - Administratively Dissolved (Tax) |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2023-004458808 | Dissolution / Revocation - Tax | 11/09/2023 |

    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
    Inactive Date Changed  From: No Value  To: 11/09/2023

| | | |
|---|---|---|
| 2023-004343615 | Delinquency Notice - Tax | 09/02/2023 |
| 2021-003175260 | Change of Agent | 04/12/2021 |

    Registered Agent # Changed  From: 0192233  To: 0204252
    Registered Agent Organization Name Changed  From: No Value  To: URS Agents, LLC
    Registered Agent First Name Changed  From: Cole  To: No Value
    Registered Agent Last Name Changed  From: Johnson  To: No Value
    Registered Agent Physical Address 1 Changed  From: 1100 West Richards  To: 1507 Lampman Ct
    Registered Agent Physical Address 2 Changed  From: PO Box 219  To: No Value
    Registered Agent Physical City Changed  From: Douglas  To: Cheyenne
    Registered Agent Physical County Changed  From: Converse  To: Laramie
    Registered Agent Physical Postal Code Changed  From: 82633  To: 82007

| | | |
|---|---|---|
| 2020-002924515 | Delinquency Notice - Tax | 09/02/2020 |
| 2019-002687116 | Dissolution / Revocation - Tax | 11/12/2019 |

    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
    Inactive Date Changed  From: No Value  To: 11/12/2019

| | | |
|---|---|---|
| 2019-002615638 | Delinquency Notice - Tax | 09/02/2019 |
| 2018-002364518 | Delinquency Notice - Tax | 09/02/2018 |
| 2017-002125572 | Delinquency Notice - Tax | 09/02/2017 |
| 2017-002033145 | RA Name/Address Change | 03/15/2017 |
| 2016-001946867 | Delinquency Notice - Tax | 09/02/2016 |
| 2015-001824069 | Reinstatement - Tax | 11/24/2015 |

    Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active
    Inactive Date Changed  From: 11/09/2015  To: No value

| | | |
|---|---|---|
| 2015-001784744 | Dissolution / Revocation - Tax | 11/09/2015 |

    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
    Inactive Date Changed  From: No Value  To: 11/09/2015

| | | |
|---|---|---|
| 2015-001761126 | Delinquency Notice - Tax | 09/02/2015 |
| 2013-001534797 | Delinquency Notice - Tax | 09/02/2013 |

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Bighorn Construction and Reclamation, LLC** | | |
| **Filing ID** | Redacted | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

| | | | |
|---|---|---|---|
| See Filing ID | Initial Filing | | 09/24/2012 |