# STATE OF WYOMING ∗ SECRETARY OF STATE
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Bighorn Investments and Properties, LLC** | | |
| Filing ID | Redacted | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 03/06/2017 1:25 PM |
| Term of Duration | Perpetual | Delayed Effective Date | 03/07/2017 |
| | | Inactive Date | 05/09/2023 |

## Principal Address

915 4TH ST
DOUGLAS, WY 82633

## Mailing Address

777 MAIN ST
STE 2800
FORT WORTH, TX 79102

## Registered Agent Address

URS Agents, LLC
1507 Lampman Ct
Cheyenne, WY 82007

## Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Cole Johnson  PO Box 1512 Douglas, WY 82633 |

## Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Bighorn Investments and Properties, LLC** |
| Filing ID | Redacted |
| Type | Limited Liability Company |
| Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2022 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 07056852 |
| AR Date | 2/2/2022 11:41 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

**Principal Address**

915 4TH ST
DOUGLAS, WY 82633

**Mailing Address**

777 MAIN ST
STE 2800
FORT WORTH, TX 79102

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 03276078 | Original | 01/12/2018 | 2018 | $123.40 |
| 04299592 | Original | 03/04/2019 | 2019 | $170.00 |
| 05539652 | Original | 02/21/2020 | 2020 | $240.20 |
| | Principal Address 1 Changed  From: PO Box 1512  To: 915 4th Street | | | |
| 06212398 | Original | 04/27/2021 | 2021 | $240.20 |
| 07056852 | Original | 02/02/2022 | 2022 | $60.00 |
| | Principal Address 1 Changed  From: 915 4th Street  To: 915 4TH ST | | | |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2023-004165076 | Dissolution / Revocation - Tax | 05/09/2023 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 05/09/2023 | |
| 2023-004056201 | Delinquency Notice - Tax | 03/02/2023 |
| 2021-003175275 | Change of Agent | 04/12/2021 |
| | Registered Agent # Changed  From: 0192233  To: 0204252 | |
| | Registered Agent Organization Name Changed  From: No Value  To: URS Agents, LLC | |
| | Registered Agent First Name Changed  From: Cole  To: No Value | |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Bighorn Investments and Properties, LLC** |
| **Filing ID** | Redacted |
| Type | Limited Liability Company |
| Status | Inactive - Administratively Dissolved (Tax) |

Registered Agent Last Name Changed  From: Johnson  To: No Value
Registered Agent Physical Address 1 Changed  From: 1100 West Richards  To: 1507 Lampman Ct
Registered Agent Physical Address 2 Changed  From: PO Box 219  To: No Value
Registered Agent Physical City Changed  From: Douglas  To: Cheyenne
Registered Agent Physical County Changed  From: Converse  To: Laramie
Registered Agent Physical Postal Code Changed  From: 82633  To: 82007

| | | |
|---|---|---|
| 2021-003137089 | Delinquency Notice - Tax | 03/02/2021 |
| 2019-002508663 | Delinquency Notice - Tax | 03/02/2019 |
| 2017-002033147 | RA Name/Address Change | 03/15/2017 |
| See Filing ID | Initial Filing | 03/06/2017 effective 03/07/2017 |