# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803927213 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 3, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | RedactedRedacted | **FEIN:** | Redacted |
| **Name:** | Bighorn Sand & Gravel LLC | | |
| **Address:** | 777 Main St Ste 2800<br>Fort Worth, TX 76102 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | January 29, 2021 | | |

| [REGISTERED AGENT](#) | [FILING HISTORY](#) | [NAMES](#) | [MANAGEMENT](#) | [ASSUMED NAMES](#) | [ASSOCIATED ENTITIES](#) | [INITIAL ADDRESS](#) |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| May 23, 2023 | Cole W. Johnson | | Chairman | | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA | |
| May 23, 2023 | Cord H. Johnson | | CEO | | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA | |

[Order] [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.