# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803934312 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 5, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | Redacted | **FEIN:** | Redacted |
| **Name:** | Bridgelink Commodities LLC | | |
| **Address:** | 777 Main St Ste 2800 Fort Worth, TX 76102 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | February 4, 2021 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| May 22, 2023 | Cole W. Johnson | | Chairman | | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA | |
| May 22, 2023 | Cord H. Johnson | | CEO | | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.