# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803883225 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 31, 2020 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | Redacted | **FEIN:** | Redacted |
| **Name:** | Bridgelink Engineering LLC | | |
| **Address:** | 306 W. Wall Street, Suite 500<br>Midland, TX 79701 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | December 3, 2020 | | |

[REGISTERED AGENT] [FILING HISTORY] [NAMES] [MANAGEMENT] [ASSUMED NAMES] [ASSOCIATED ENTITIES] [INITIAL ADDRESS]

| Last Update | Name | Title | Address |
|---|---|---|---|
| January 15, 2022 | COLE W JOHNSON | CEO | 777 MAIN STREET, STE 2800<br>FORT WORTH, TX 76102 USA |
| January 15, 2022 | COLE W JOHNSON | PRESIDENT | 777 MAIN STREET, STE 2800<br>FORT WORTH, TX 76102 USA |
| January 15, 2022 | CORD H JOHNSON | MEMBER | 777 MAIN STREET, STE 2800<br>FORT WORTH, TX 76102 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.