# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803192497 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 20, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | Redacted | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Bridgelink Investments, LLC
**Address:** 777 MAIN ST STE 3000
FORT WORTH, TX 76102-5365 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| December 3, 2021 | COLE JOHNSON | | MEMBER | | 306 W WALL STREET SUITE 500 MIDLAND, TX 79701 USA | |
| December 3, 2021 | COLE JOHNSON | | DIRECTOR | | 306 W WALL STREET SUITE 500 MIDLAND, TX 79701 USA | |
| December 3, 2021 | CORD JOHNSON | | MEMBER | | 306 W WALL STREET SUITE 500 MIDLAND, TX 79701 USA | |
| December 3, 2021 | CORD JOHNSON | | DIRECTOR | | 306 W WALL STREET SUITE 500 MIDLAND, TX 79701 USA | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.