# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 803933616 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 8, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | Redacted | **FEIN:** | Redacted |

| | |
|---|---|
| **Name:** | Bridgelink Renewable Energy Investments LLC |
| **Address:** | 777 Main Street, Suite 2800 |
| | Fort Worth, TX 76102 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | November 10, 2020 |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 23, 2023 | Cole W. Johnson | Chairman | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA |
| May 23, 2023 | Cord H. Johnson | CEO | 777 Main Street, Suite 2800 Fort Worth, Texa 76102 USA |

[ Order ]   [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.