# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | **Intermountain Electric Service Inc.** | | |
| **Filing ID** | Redacted | | |
| **Type** | Profit Corporation | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | Intermountain Electric Service | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 07/08/1975 12:00 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

## Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 50,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

## Principal Address

85 Purple Sage
Rock Springs, Wyoming 82901

## Mailing Address

P.O. Box 2169
Rock Springs, WY 82902

## Registered Agent Address

Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

## Parties

| Type | Name / Organization / Address |
|---|---|
| | |

## Notes

| Date | Recorded By | Note |
|---|---|---|
| | | |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Intermountain Electric Service Inc.** |
| **Filing ID** | Redacted |
| Type | Profit Corporation    Status    Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2023 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 09100977 |
| AR Date | 9/13/2023 8:52 AM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President / Director | COLE W JOHNSON  1301 OLD TIN TOP RD., WEATHERFORD, TX 76087 |
| Secretary / Director | CORD H JOHNSON  1677 CENTER POINT RD., WEATHERFORD, TX 76087 |

| Principal Address | Mailing Address |
|---|---|
| 85 Purple Sage | P.O. Box 2169 |
| Rock Springs, Wyoming 82901 | Rock Springs, WY 82902 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00324967 | Original | 01/01/1800 | 1995 | $800.00 |
| 00352156 | Original | 01/01/1800 | 1996 | $800.00 |
| 00376560 | Original | 01/01/1800 | 1997 | $1,200.00 |
| 00404352 | Original | 01/01/1800 | 1998 | $1,200.00 |
| 00429528 | Original | 08/17/1999 | 1999 | $1,200.00 |
| 00474379 | Original | 01/31/2001 | 2000 | $985.68 |
| 00515798 | Original | 02/25/2002 | 2001 | $1,286.46 |
| 00542834 | Original | 08/20/2002 | 2002 | $1,692.54 |
| 00583722 | Original | 08/07/2003 | 2003 | $1,435.37 |
| 00623650 | Original | 07/06/2004 | 2004 | $1,624.56 |
| 00670961 | Original | 07/08/2005 | 2005 | $1,641.38 |
| 00720288 | Original | 06/26/2006 | 2006 | $1,819.92 |
| 00790116 | Original | 07/02/2007 | 2007 | $2,396.51 |
| 00893681 | Original | 06/04/2008 | 2008 | $2,875.37 |
| 01005199 | Original | 04/23/2009 | 2009 | $3,446.12 |
| 01177261 | Original | 06/24/2010 | 2010 | $2,462.54 |
| 01335341 | Original | 05/12/2011 | 2011 | $3,071.22 |

# 2023                  Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | July 1, 2023 |
| ID: | RedactedRedacted |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 09100977 |

For Office Use Only
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

## Intermountain Electric Service Inc.

**1: Mailing Address**

P.O. Box 2169
Rock Springs, WY 82902

**Current Registered Agent:**
Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

**2: Principal Office Address**

85 Purple Sage
Rock Springs, Wyoming 82901

Phone: (307) 362-1417
Email: jharter@cwj-bl.com;compliancemail@cscglobal.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

**3: Officers and Directors**

| | |
|---|---|
| President / Director | COLE W JOHNSON - 1301 OLD TIN TOP RD., WEATHERFORD, TX 76087 |
| Secretary / Director | CORD H JOHNSON - 1677 CENTER POINT RD., WEATHERFORD, TX 76087 |

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Jimmy Harter | Jimmy Harter | September 13, 2023 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803081731 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | August 1, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | Redacted | **FEIN:** | Redacted |
| **Name:** | Intermountain Electric Service Inc | | |
| **Address:** | 701 S FEDERAL BLVD<br>Riverton, WY 82501 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | WY, USA | | |
| **Foreign Formation Date:** | July 8, 1975 | | |

[REGISTERED AGENT](#)  [FILING HISTORY](#)  [NAMES](#)  [MANAGEMENT](#)  [ASSUMED NAMES](#)  [ASSOCIATED ENTITIES](#)  [INITIAL ADDRESS](#)

| Name | Address | Inactive Date |
|---|---|---|
| Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company | 211 E. 7th Street, Suite 620<br>Austin, TX 78701-3136 USA | |

[Order] [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.