**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Job #: 2024827

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

| Trisura Insurance Company, | | |
|---|---|---|
| | | Civil Action Number: 23-cv-11053 |
| vs | Plaintiff, | Date Filed: |
| Bighorn Construction and Reclamation, LLC, et al., | | Client's File No.: T0817-1001 |
| | | Court Date: |
| | Defendants. | Court Time: |

STATE OF TEXAS, COUNTY OF MIDLAND, SS.:
Gabriel Ozuna, being sworn says:

# AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Texas.

On 01/13/2024, at 4:00 PM at: 4204 S. County Road. 1128, Midland, TX 79706 Deponent non-served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement**
On: **Cole Wayne Johnson**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:    Color of skin:    Color of hair:    Glasses:
Age:    Height:    Weight:    Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Also attempted on: 1/12/24, 2:30 PM to locate this address. There is no such street number, 4204 on S. County Road 1128. No further information was found.

Sworn to before me on Feb 23 2024

GORDON MONYEI
Notary Public, State of Texas
Comm. Expires 10-19-2026
Notary ID 134024090

Gabriel Ozuna
PSC# 22263

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRISURA INSURANCE COMPANY,

      Plaintiff,

   -against-

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, et al.,

      Defendants.
----------------------------------------------------------X

Index No. 23-cv-11053

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF TEXAS   )
              S.S.
COUNTY OF  Midland  )

    KORY YOUNG, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 5th day of March, 2024, at approximately 1:48 pm, deponent attempted to serve a true copy of the **SUMMONS; AMENDED COMPLAINT; CIVIL COVER SHEET; AND AMENDED OR SUPPLEMENTAL RULE 7.1 STATEMENT** upon **COLE WAYNE JOHNSON** at 4204 S. County Rd. 1128, Midland, TX 79706, but deponent was informed by the current homeowner, Eileen, that she purchased the property from Cole Wayne Johnson 3 years ago.

_____
KORY YOUNG

Sworn to before me this
____6____ day of March, 2024

_____
NOTARY PUBLIC

# 297040

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com



MARGARITA PALMA TERCERO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 04/24/27
NOTARY ID 13432268-7