**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 2024832

**Attorney:** McElroy, Deutsch, Mulvaney & Carpenter, LLP **PH:** (212) 483-9490
**Address:** 225 Liberty Street, 36th Floor New York, NY 10281

| | | |
|---|---|---|
| Trisura Insurance Company, | | **Civil Action Number:** 23-cv-11053 |
| | Plaintiff, | **Date Filed:** |
| vs | | |
| Bighorn Construction and Reclamation, LLC, et al., | | **Client's File No.:** T0817-1001 |
| | | **Court Date:** |
| | Defendants. | **Court Time:** |

STATE OF WYOMING, COUNTY OF PLATTE, SS.:
Ruth Herdt, being sworn says:

# AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Wyoming.

On **01/16/2024**, at **11:19 AM** at: **63 Maple Drive, Douglas, WY 82633** Deponent non-served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement**
On: **Cole Wayne Johnson,** the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:☐ actual place of business / employment ☐ dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
☐ actual place of business / employment ☐ dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:   Color of skin:   Color of hair:   Glasses:
Age:   Height:   Weight:   Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Female resident (refused identity)  stated that she bought the property from Cole Wayne Johnson in 2020. She believes he moved to Texas. No further information was found.

Sworn to before me on January 19, 2024

Christina K. Lambert

CHRISTINA K LAMBERT
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 159430
MY COMMISSION EXPIRES: 05/17/2029

Ruth Herdt

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

COLE WAYNE JOHNSON-People-Search-202401040915

**COLE WAYNE JOHNSON**, 37 Years Old   (Texas, Wyoming, Colorado, New Mexico, Arkansas)

**COLE WAYNE JOHNSON** (01/04/2006 to 11/02/2023)

SSN: **XXX-XX-2059**
Issued: **SOUTH DAKOTA 1986-1987**

Other People who have used this SSN. This does not usually indicate fraud.
WAYNE JOHNSON [ View Person Record ]

Other SSNs this person has used. This does not usually indicate fraud.
**XXX-XX-2509**
**XXX-XX-2059**

**Dates of Birth**
DOB: **XX/XX/1986**
Age: **37**

Other DOB: **XX/XX/1986**
Age: **37**

Other DOB: **XX/XX**

Gender: **Male**

Driver's License Detail:
DL#: **XXXX-XXX-XX-XX-XXX-X**
Issuing State: **TX**
ID Type: **DL**

**COLE WAYNE JOHNSON**
1301 OLD TIN TOP RD, WEATHERFORD, TX
76087-6591 (PARKER COUNTY)
DOB: **XX/XX/1986**
Issued: **09/06/2019**
First Issued: **09/06/2019**

**Professional License**

**Possible Relatives**
Cassie Jayne Johnson 1994 Age: **29**
Clay James Johnson 1990 Age: **33**
Cord Henry Johnson 1992 Age: **31**
Shari Lynn Johnson 1962 Age: **61**
Steve Corbin Johnson 1962 Age: **61** Died at **47**
Julie C Lee 1959 Age: **64**

**Indicators**
Bankruptcies:  **None Found**
Liens: **1 Found** , Latest in **2023**
Judgments: **3 Found** , Latest in **2023**

**Cities**
Everton, AR (09/28/2018)
Denver, CO (06/28/2019 to 04/29/2021)
Greeley, CO (09/26/2018)
Hobbs, NM (04/16/2020)
Duncanville, TX (02/28/2022 to 10/10/2022)
Fort Worth, TX (06/19/2021 to 06/28/2023)
Gainesville, TX (04/18/2022)
Huntsville, TX (01/04/2006 to 09/26/2007)
Midland, TX (11/26/2018 to 01/04/2024)
Mineral Wells, TX (11/07/2022 to 12/28/2022)
Weatherford, TX (09/06/2019 to 09/07/2023)
Douglas, WY (11/01/2012 to 11/02/2023)
Gillette, WY (08/31/2006 to 03/16/2020)

**Possible Phones**
Redacted (MT) (Mobile) (91%)
Redacted (CT) (Mobile) (86%)
Redacted (MT) (Mobile) (66%)
Redacted (CT) (Mobile) (66%)
Redacted (CT) (Mobile) (66%)
Redacted (CT) (LandLine) (66%)
Redacted (CT) (Mobile) (66%)
Redacted (MT) (VoIP) (40%)
Redacted (CT) (Mobile) (39%)
Redacted (MT) (Mobile) (39%)
Redacted (MT) (Mobile) (39%)
Redacted (MT) (Mobile) (39%)
Redacted (CT) (LandLine) (39%)
Redacted (CT) (Mobile) (39%)
Redacted (CT) (Mobile) (39%)
Redacted (MT) (VoIP) (39%)

**Counties**
Boone County, AR (09/28/2018 to 09/28/2018)
Denver County, CO (06/28/2019 to 04/29/2021)
Weld County, CO (09/26/2018 to 09/26/2018)
Lea County, NM (04/16/2020 to 04/16/2020)
Cooke County, TX (04/18/2022 to 04/18/2022)
Dallas County, TX (02/28/2022 to 10/10/2022)
Midland County, TX (11/26/2018 to 01/04/2024)
Palo Pinto County, TX (11/07/2022 to 12/28/2022)
Parker County, TX (09/06/2019 to 09/07/2023)
Tarrant County, TX (06/19/2021 to 06/28/2023)
Walker County, TX (01/04/2006 to 09/26/2007)
Campbell County, WY (08/31/2006 to 03/16/2020)
Converse County, WY (11/01/2012 to 11/02/2023)

555 17TH ST STE 1725, DENVER, CO 80202-3935 (DENVER COUNTY) (04/17/2020 to 04/17/2020)
Subdivision Name: **EAST DENVER**
Address contains: **39 suites**

555 17TH ST STE 725, DENVER, CO 80202-3918 (DENVER COUNTY) (11/25/2019 to 11/25/2019)
Subdivision Name: **EAST DENVER**
Address contains: **39 suites**

63 MAPLE DR, DOUGLAS, WY 82633-9277 (CONVERSE COUNTY) (04/21/2015 to 08/12/2020)
Subdivision Name: **TOWN OF DOUGLAS**

63 MAPLE DR # 1512, DOUGLAS, WY 82633-9277 (CONVERSE COUNTY) (05/31/2016 to 05/31/2016)