**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Job #: 2025039

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

Trisura Insurance Company,

Plaintiff.

vs

Bighorn Construction and Reclamation, LLC, et al.,

Defendants.

Civil Action Number: 23-cv-11053
Date Filed:
Client's File No.: T0817-1001
Court Date:
Court Time:

STATE OF TEXAS, COUNTY OF ELLIS, SS.:
Stephen C. Buskirk, being sworn says:

## AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Texas.

On 02/16/2024, at 2:22 PM at: 777 Main Street, #3000, Fort Worth, TX 76102 Deponent non-served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement** On: **Cole Wayne Johnson**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:   Color of skin:   Color of hair:   Glasses:
Age.   Height.   Weight.   Other Features.

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
You need a key fob to gain access onto the floor. Security and the property manager stated the tenants have a clause in their lease to not allow anyone up without the access key fob. Service could not be effectuated on Cole Wayne Johnson at Bridgelink Renewable Energy Investments, LLC.

Sworn to before me on 2/20/2024

*[signature]*

SUNNY S. BUSKIRK
Notary Public, State of Texas
Comm. Expires 03-24-202[?]
Notary ID 126457653

*[signature]*
Stephen C. Buskirk
PBC 1987

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*


(https://bridgelinkinvestments.com)


# ABOUT US

**Bridgelink Investments** is a privately held company that has built a strong reputation and portfolio of companies in the energy industry. We leverage our expertise and knowledge to deliver premier power infrastructure and financial performance.

Guided by our pillars of safety, teamwork, communication, and cohesiveness, Bridgelink is on a mission to power the future.

# BRIDGELINK INVESTMENTS LEADERSHIP TEAM



## COLE W. JOHNSON

**CHAIRMAN**



## TRENT CORNELIUS

**CHIEF OPERATING OFFICER**

# CONTACT US

📞
(tel:6828165006)

**682-816-5006 (tel:6828165006)**

✉
(mailto:%20info@bridgelinkinvestments.com)

**INFO@BRIDGELINKINVESTMENTS.COM
(MAILTO:%20INFO@BRIDGELINKINVESTMENTS.COM)**


(https://www.google.com/maps/place/Bridgelink+E

**777 MAIN ST., #3000
FORT WORTH, TEXAS 76102**
(https://www.google.com/maps/place/Bridgelink+Engineering/@32.753149,-97.3318521,17z/data=!3m1!4b1!4m5
97.3296634)

**Name\***

Enter Name

**Email\***

Enter Email

**Zip Code\***

Enter Zip Code

**Company Type\***

EPC ▼

**Message\***

Enter Your Message

**SEND**

(https://bridgelinkengineering.com/)

**777 MAIN STREET, #3000 (HTTPS://WWW.GOOGLE.COM/MAPS/PLACE/BRIDGELINK+ENGINEERING/@32.753149,-97.3318574,17Z/DATA=!3M1!4B1!4 97.3296634)**

**FORT WORTH, TX 76102 (HTTPS://WWW.GOOGLE.COM/MAPS/PLACE/BRIDGELINK+ENGINEERING/@32.753149,-97.3318574,17Z/DATA=!3M1!4B1!4 97.3296634)**

**FOLLOW US ON**


**(https://www.linkedin.com/company/73937033)**

**682-816-5006 (TEL:%206828165006)**

**INFO@BRIDGELINKINVESTMENTS.COM (MAILTO:INFO@BRIDGELINKPOWER.COM)**

PRIVACY POLICY   TERMS AND CONDITIONS   DISCLAIMER   COOKIE POLICY

© Copyright 2022 Bridgelink Investments. All Rights Reserved.