Job #: 2024959

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP  PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

| | | |
|---|---|---|
| Trisura Insurance Company, | | Civil Action Number: 23-cv-11053 |
| | Plaintiff, | Date Filed: |
| vs | | Client's File No.: T0817-1001 |
| Bighorn Construction and Reclamation, LLC, et al., | | Court Date: |
| | Defendants | Court Time: |

STATE OF TEXAS, COUNTY OF PARKER, SS:
Angie Reynee Oliver, being sworn says:

## AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Texas.

On 02/19/2024, at 7:21 PM at: **1301 Old Tin Top Road, Weatherford, TX 76087** Deponent non-served the within **Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement**
On: **Cole Wayne Johnson**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:     Color of skin:     Color of hair:     Glasses:
Age:     Height:     Weight:     Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Additional attempts; 1/30/24, 3:22 PM, 2/2/24,1:50 PM, 2/14/24, 12:50 PM, 2/17/24,11:05 AM & 2/19/24, 7:21 PM. There is a call box and locked gate at the property at the end of the driveway. Gate is always closed and there was no answer at the call box to gain access. Se annexed photos.

Sworn to before me on 2-20-2024

CONNIE L VOGLER
Notary ID #130989377
My Commission Expires
February 1, 2025

Angie Reynee Oliver
PSC# 15676

CARE PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757



`land.com/property/449.68-acres-in-Parker-County-Texas/749593/`

Assistant   Westlaw   Lexis+ ³ | Legal Res...

Sell   Finance   More              Land.com              Sign In



24 Photos

### $6,500,000 · 449.68 Acres   OFF MARKET
3 beds · 3 baths · 5,238 sq ft
1301 Old Tin Top Rd, Weatherford, TX Parker County

Farms   Ranches



Property ID 749593

## 449.68 acres in Parker County, Texas

LOCATION: Approximately 10.6 miles south of Weatherford on Tin Top Rd / FM 2580 on the north side of the Brazos River. The 450 acres lays to the east of the highway and the 70 acres lays to the west of the highway. The main entry is on CR 4033.

TERRAIN: Outstanding level sandy loam river bottom soils with coastal bermuda, large pecan & live oak trees. Excellent cultivation land with irrigation pivots.

IMPROVEMENTS:   The home is awesome and gorgeous with 8,081 sq. ft. under roof and 5,238