**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street, 36th Floor, New York, NY 10281-212.483.9490
---------------------------------------- X

Trisura Insurance Company,

                              Plaintiff,

          -against-

Bighorn Construction and Reclamation, LLC, et al.,

                            Defendants.
---------------------------------------- X

Civil Action No, 23-cv-11053
File No. T0817-1001

**AFFIDAVIT OF SERVICE OF MAILINGS**

STATE OF TEXAS  )
                   ) ss.:
COUNTY OF PARKER  )

I, Angie Renee Oliver being duly sworn, deposes and says:
I am not a party to this action, am over 18 years of age and reside in the State of Texas.

On February 21, 2024 I mailed a Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement to Cole Wayne Johnson, at 1301 Old Tin Top Road, Weatherford, Tx 76086 via the U.S. Postal Service, via **certified mail return receipt and registered mail** within the State of Texas.

**Certified Tracking #9589 0710 5270 0887 1372 61**
**Registered Tracking #268 285 292 US**

The envelope bore the legend "personal and confidential' and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on this
20th day of February, 2024

_____
NOTARY PUBLIC

_____
Angie Renee Oliver-PSC# 15676

CONNIE L VOGLER
Notary ID #130989377
My Commission Expires
February 1, 2025

**TO:** Cole Wayne Johnson
1301 Old Tin Top Rd
Weatherford TX 76087

*Personal and Confidential*

**FROM:** PO Box 159
Weatherford TX 76086

US POSTAGE PAID
WEATHERFORD TX 76086
FEB 21, 2024
$29.70
R2305S128165-08

REGISTERED MAIL
RE 268 285 301 US

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Cole Wayne Johnson
1301 Old Tin Top Rd
Weatherford TX 76087

9590 9402 8638 3244 3493 87

2. Article Number (Transfer from service label)
RE 268 285 292 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# USPS Tracking®

FAQs >

**Tracking Number:**

## RE268285301US

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at the WEATHERFORD, TX 76086 post office at 3:08 pm on March 12, 2024 and is ready for pickup. Your item may be picked up at WEATHERFORD, 1145 SANTA FE DR, WEATHERFORD, TX 760865887, M-F 0800-1730; SAT 0800-1400.

### Available for Pickup

**Available for Pickup**

WEATHERFORD
1145 SANTA FE DR
WEATHERFORD TX 76086-5887
M-F 0800-1730; SAT 0800-1400
March 12, 2024, 3:08 pm

**Redelivery Scheduled**

WEATHERFORD, TX 76087
February 27, 2024

**Reminder to Schedule Redelivery of your item**

February 27, 2024

**Notice Left (No Authorized Recipient Available)**

WEATHERFORD, TX 76087
February 22, 2024, 9:26 am

**Out for Delivery**

WEATHERFORD, TX 76087
February 22, 2024, 6:10 am

**Arrived at Post Office**

WEATHERFORD, TX 76086

February 22, 2024, 3:34 am

**Processing at USPS Facility**
FORT WORTH, TX 76161
February 21, 2024, 10:21 pm

**Processing at USPS Facility**
FORT WORTH, TX 76161
February 21, 2024, 10:16 pm

**Processing at USPS Facility**
FORT WORTH, TX 76161
February 21, 2024, 8:37 pm

**USPS in possession of item**
WEATHERFORD, TX 76086
February 21, 2024, 1:50 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                      ⌄

**Product Information**                                                       ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700887137261

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We attempted to deliver your item at 8:12 am on March 13, 2024 in WEATHERFORD, TX 76086 and a notice was left because an authorized recipient was not available.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivery Attempt
**Notice Left (No Authorized Recipient Available)**
WEATHERFORD, TX 76086
March 13, 2024, 8:12 am

### Available for Pickup
WEATHERFORD
1145 SANTA FE DR
WEATHERFORD TX 76086-5887
M-F 0800-1730; SAT 0800-1400
March 13, 2024, 7:40 am

### Arrived at Post Office
WEATHERFORD, TX 76086
March 13, 2024, 7:40 am

### Out for Delivery
WEATHERFORD, TX 76086
March 13, 2024, 7:19 am

### Unclaimed/Being Returned to Sender
WEATHERFORD, TX 76086

March 12, 2024, 9:30 am

**Redelivery Scheduled**
WEATHERFORD, TX 76087
February 27, 2024

**Reminder to Schedule Redelivery of your item**
February 27, 2024

**Notice Left (No Authorized Recipient Available)**
WEATHERFORD, TX 76087
February 22, 2024, 1:35 pm

**USPS in possession of item**
WEATHERFORD, TX 76086
February 21, 2024, 1:47 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                  ⌄

**USPS Tracking Plus®**                                                                   ⌄

**Product Information**                                                                   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**