UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

        Civil Action No. 1:23-cv-11053-GWH-JW

        Plaintiff,

      –against–

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC; BIGHORN
INVESTMENTS AND PROPERTIES, LLC;
BIGHORN SAND & GRAVEL LLC;
BRIDGELINK COMMODITIES LLC;
BRIDGELINK ENGINEERING LLC;
BRIDGELINK INVESTMENTS, LLC;
BRIDGELINK RENEWABLE ENERGY
DEVELOPMENT LLC; BRIDGELINK
RENEWABLE ENERGY INVESTMENTS LLC;
INTERMOUTAIN ELECTRIC SERVICE, INC.;
COLE WAYNE JOHNSON; CORD HENRY
JOHNSON; CASSIE HAMILTON,

**AFFIRMATION OF SERVICE
ON REGISTERED AGENT**

        Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK   )
                ) .ss.:
COUNTY OF NEW YORK  )

        DENNIS O'NEIL COWING, declares under penalty of perjury pursuant to 28

U.S.C. § 1746 that the following is true and correct.

      1.    I am an attorney duly admitted to practice law before the courts of the State of New

York and this Court. I am Of Counsel to the law firm McElroy, Deutsch, Mulvaney & Carpenter,

LLP, attorneys for Plaintiff, Trisura Insurance Company ("Trisura").

2.     On February 27, 2024, I cause to be delivered into the care, custody and control of

Federal Express for overnight delivery a FedEx Envelope properly addressed to:

> Corporation Service Company
> 1821 Logan Avenue
> Cheyenne, Wyoming 82001

bearing FedEx Tracking No.: 775334331571. (A copy of the FedEx Transaction Record of that

delivery accompanies this Affirmation as Exhibit "1.")  The contents of that FedEx Envelope were

as follows:

3.     Your affirmant's February 27, 2024 cover letter addressed to Corporate Service

Company ("CSC") stating that the enclosed Summons and Amended Complaint were being served

on it as Registered Agent for Intermountain Electric Service Inc. ("Intermountain") (A copy of

that letter accompanies this Affirmation as Exhibit "2.")

4.     As explained in my cover letter, enclosed with the letter was a copy of the State of

Wyoming, Secretary of State, Filing Information, identifying Intermountain as the intended

defendant recipient of the Summons, Amended Complaint, Civil Cover Sheet and Amended or

Supplemental Rule 7.1 Statement ("Summons and Amended Complaint") for service on the

intended recipient Intermountain and that CSC was the Registered Agent of Intermountain

according to the Wyoming Secretary of State. (A copy of the Wyoming Secretary of State's Filing

Information accompanies this Affirmation as Exhibit "2-A.")

5.     Besides the cover letter and Wyoming Secretary of State Filing Information,

defendant Intermountain was also clearly indicated as the intended recipient of the service in the

"Rider to Summons" by my drawing a blue arrow pointing at the intended recipient defendant

Intermountain. (A copy of the Summons and Amended Complaint that was enclosed with my cover

letter accompanies this Affirmation as Exhibit "2-B." See Exhibit 2-B, page 3 of 4 of the filed

Summons with the heading "Rider to Summons" and the blue arrow pointing at Intermountain.) As also explained in my cover letter, a copy of the Summons and Amended Complaint was enclosed as service on CSC as Registered Agent for Intermountain, and stated that Intermountain was identified in the "See Rider to Summons for other Defendants."

6.      On February 28, 2023, at 10:08 a.m., the FedEx Envelope, bearing FedEx Tracking No.: 775334331571, containing my aforesaid cover letter and accompanying documents (Exhibit 2, 2-A and 2-B) were delivered to Corporation Service Company at 1821 Logan Avenue, Cheyenne, Wyoming 82001 and signed for by A. Manzanitas, Receptionist/Front Desk. (A copy of the FedEx proof-of delivery documentation to CSC office accompanies this Affirmation as Exhibit "3.")

7.      The reason for this service was because Plaintiff understood that service had already been made on CSC as Registered Agents in Wyoming for Intermountain on February 6, 2024. (A copy of an Affidavit of Service on Intermountain c/o CSC on Isaiah Rose, the Assistant of the authorized Agent authorized to accept service thereof, personally, is contained in Exhibit "4.") Sufficient time had passed such that the Affidavit of Service was uploaded into the Docket for that service on Thursday, February 22, 2024 (Doc. No.: 13), in anticipation of making application for a Clerk's Certificate of Default a few days after Intermountain's answer was due, February 27, 2024, as shown in entry 13 on the Docket for this action. (A copy of the Docket page showing the filing of that Affidavit of Service on February 25, 2024 follows in Exhibit "4.")

8.      On or about February 26, 2024, however, I received an internal email from clerical personnel in the Firm that attached a copy of a letter received on or about that day from CSC advising that the service of process had been "rejected" because "The legal process MUST specifically indicate which party is being served. Sufficient copies must be furnished so that we

3

may transmit one copy for each defendant if multiple parties are being served." (A copy of CSC's rejection letter accompanies this Affirmation as Exhibit "5," emphasis in original.) Based on information previously obtained with respect to the entities named as defendants, CSC was a registered agent for only one, Intermountain. All other entities were represented by different registered agents. However, despite the fact that it was only a registered agent for that one defendant, Intermountain, CSC rejected service.

9.     After service had been rejected, I spoke with a representative of CSC about the rejection. I was informed that so long as I clearly identified the defendant intended to be served through CSC, CSC would forward the service papers to their customer. I was also told that CSC accepted papers for service of process delivered to its office that was listed as the customer's registered agent by Federal Express.

10.     Based on that representation, I prepared the cover letter (Exhibit 2) with a copy of the Wyoming Secretary of States Filing Information for Intermountain showing CSC office at 1821 Logan Avenue, Cheyenne, Wyoming 82001 as Intermountain's register agent (Exhibit 2-A), together with the service documents accompanying this Affirmation as Exhibit 2-B and sent same for delivery on CSC office in Cheyenne, Wyoming as identified in the Filing Information maintained by the Wyoming Secretary of State. Thereupon, service was made on CSC as Registered Agent of for the Defendant, Intermountain Electric Service, Inc.

4

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no

part thereof has been paid.

Dated: New York, New York
      March 9, 2024

                  */s/ Dennis O'Neil Cowling*
                  DENNIS O'NEIL COWLING
                  McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
                  *Attorneys for Plaintiff Trisura Insurance Company*
                  225 Liberty Street, 36th Floor
                  New York, New York 10281
                  (212) 483-9490
                  dcowling@mdmc-law.com

# Exhibit 1

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 775334331571 | Feb 27, 2024 | 26.00 USD |

**From address**

**Dennis O'Neil Cowling, Esq.**
McElroy, Deutsch & Mulvaney
225 Liberty Street
36th Floor
10281 NY New York
US
Phone: 2124839490

**To address**

**Corporation Service Company**
Corporation Service Company
1821 Logan Avenue
82001 WY CHEYENNE
US
Phone: 9999999999

## Package Information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Priority Overnight | I have already scheduled a pickup at my location |

## Billing information

| Bill transportation cost to: | ******119 | P.O. No.: | Dennis O'Neil Cowling |
|---|---|---|---|
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | S0163-4039 | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Exhibit 2

# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

DENNIS O'NEIL COWLING                                              ADMITTED IN NEW YORK
Direct Dial: 646.430.9181
Email Address: dcowling@mdmc-law.com

February 27, 2024

By Federal Express

Corporation Service Company
1821 Logan Avenue
Cheyenne, WY 82001

Re:    Trisura v. Bighorn Construction and Reclamation, LLC, *et al.*
       ***Only for service on Defendant***: **Intermountain Electric Service Inc.**
       USDC SDNY Case No.: 23-cv-11053
       MDMC File No.:  S0163-4039

Dear Sir or Madam:

Accompanying this letter is the Summons and Amended Complaint, Civil Cover Sheet and Amended or Supplemental Rule 7.1 Statement that is being served on you as Registered Agent for the defendant **Intermountain Electric Service Inc.** in Trisura v. Bighorn Construction and Reclamation, LLC, *et al.*, Case No.: 23-cv-11053 pending in the United States District Court for the Southern District of New York.  Intermountain is identified in the "See Rider to Summons for other Defendants" as indicated in the "To" section of the Summons two pages after the Summons itself.

Please see the accompanying State of Wyoming, Secretary of State, Filing Information identifying your customer, Intermountain Electric Service Inc., with a P.O. Box 2169 in Rock Springs as shown and highlighted in the Summons to be the same entity with its Principal Address as 85 Purple Sage, Rock Springs, Wyoming 82901.

You are hereby notified that the intended defendant recipient at your office is only **Intermountain Electric Service Inc**. as more fully set forth in the Secretary of State's Filing Information. If you have any questions or concerns, please contact me directly.

Very truly yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*/s/ Dennis O'Neil Cowling*

DENNIS O'NEIL COWLING

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO    CONNECTICUT    DELAWARE    FLORIDA    MASSACHUSETTS    · NEW JERSEY    · NEW YORK    PENNSYLVANIA    RHODE ISLAND

# Exhibit 2-A

## STATE OF WYOMING ＊ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Intermountain Electric Service Inc.** | | |
| **Filing ID** | Redacted | | |
| Type | Profit Corporation | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | Intermountain Electric Service | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 07/08/1975 12:00 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | |
|---|---|---|---|---|
| Common Shares | 50,000 | Preferred Shares | | Additional Stock   N |
| Par Value | 0.0000 | Par Value | 0.0000 | |

### Principal Address

85 Purple Sage
Rock Springs, Wyoming 82901

### Mailing Address

P.O. Box 2169
Rock Springs, WY 82902

### Registered Agent Address

Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Intermountain Electric Service Inc.** | | |
|---|---|---|---|
| **Filing ID** | Redacted | | |
| Type | Profit Corporation | Status | Active |

## Most Recent Annual Report Information

| Type | Original | | | AR Year | 2023 |
|---|---|---|---|---|---|
| License Tax | $60.00 | AR Exempt | N | AR ID | 09100977 |
| AR Date | 9/13/2023 8:52 AM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President / Director | COLE W JOHNSON  1301 OLD TIN TOP RD., WEATHERFORD, TX 76087 |
| Secretary / Director | CORD H JOHNSON  1677 CENTER POINT RD., WEATHERFORD, TX 76087 |

| **Principal Address** | **Mailing Address** |
|---|---|
| 85 Purple Sage | P.O. Box 2169 |
| Rock Springs, Wyoming 82901 | Rock Springs, WY 82902 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00324967 | Original | 01/01/1800 | 1995 | $800.00 |
| 00352156 | Original | 01/01/1800 | 1996 | $800.00 |
| 00376560 | Original | 01/01/1800 | 1997 | $1,200.00 |
| 00404352 | Original | 01/01/1800 | 1998 | $1,200.00 |
| 00429528 | Original | 08/17/1999 | 1999 | $1,200.00 |
| 00474379 | Original | 01/31/2001 | 2000 | $985.68 |
| 00515798 | Original | 02/25/2002 | 2001 | $1,286.46 |
| 00542834 | Original | 08/20/2002 | 2002 | $1,692.54 |
| 00583722 | Original | 08/07/2003 | 2003 | $1,435.37 |
| 00623650 | Original | 07/06/2004 | 2004 | $1,624.56 |
| 00670961 | Original | 07/08/2005 | 2005 | $1,641.38 |
| 00720288 | Original | 06/26/2006 | 2006 | $1,819.92 |
| 00790116 | Original | 07/02/2007 | 2007 | $2,396.51 |
| 00893681 | Original | 06/04/2008 | 2008 | $2,875.37 |
| 01005199 | Original | 04/23/2009 | 2009 | $3,446.12 |
| 01177261 | Original | 06/24/2010 | 2010 | $2,462.54 |
| 01335341 | Original | 05/12/2011 | 2011 | $3,071.22 |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Intermountain Electric Service Inc.** | | | | |
|------|------|------|------|------|------|
| **Filing ID** | Redacted | | | | |
| Type | Profit Corporation | | | Status | Active |

| | | | | |
|------|------|------|------|------|
| 01566850 | Original | 07/10/2012 | 2012 | $2,953.88 |
| 01864466 | Original | 07/11/2013 | 2013 | $3,068.27 |
| 02029248 | Original | 05/07/2014 | 2014 | $3,303.19 |
| 02174279 | Amendment | 01/30/2015 | 2014 | $3,303.19 |
| 02260650 | Original | 06/19/2015 | 2015 | $3,402.16 |
| 02523049 | Original | 07/15/2016 | 2016 | $3,312.38 |
| 02852263 | Original | 06/27/2017 | 2017 | $3,236.01 |
| 03657939 | Original | 06/26/2018 | 2018 | $3,293.14 |
| 04765667 | Original | 07/10/2019 | 2019 | $2,443.77 |

Principal Address 1 Changed  From: 701 S Federal Blvd  To: 701 S Federal Blvd.
Principal State Changed  From: WY  To: Wyoming

| | | | | |
|------|------|------|------|------|
| 05763317 | Original | 05/13/2020 | 2020 | $2,401.51 |

Principal Address 1 Changed  From: 701 S Federal Blvd.  To: 85 Purple Sage
Principal City Changed  From: Riverton  To: Rock Springs
Principal Postal Code Changed  From: 82501  To: 82901

| | | | | |
|------|------|------|------|------|
| 06249638 | Original | 06/02/2021 | 2021 | $2,323.05 |
| 07424570 | Original | 07/01/2022 | 2022 | $1,886.63 |
| 07743335 | Amendment | 10/15/2022 | 2022 | $0.00 |
| 08012987 | Amendment | 12/30/2022 | 2022 | $0.00 |
| 09100977 | Original | 09/13/2023 | 2023 | $60.00 |

## Amendment History

| ID | Description | Date |
|------|------|------|
| 2023-004371161 | Reinstatement - Tax | 09/13/2023 |

Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active

| | | |
|------|------|------|
| 2023-004357871 | Dissolution / Revocation - Tax | 09/08/2023 |

Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
Inactive Date Changed  From: No Value  To: 09/08/2023

| | | |
|------|------|------|
| 2023-004256559 | Delinquency Notice - Tax | 07/02/2023 |
| 2021-003276976 | Change of Agent | 07/21/2021 |

Registered Agent # Changed  From: 0198289  To: 0173386
Registered Agent Organization Name Changed  From: No Value  To: Corporation Service Company
Registered Agent First Name Changed  From: Willis  To: No Value
Registered Agent Middle Name Changed  From: V  To: No Value

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Intermountain Electric Service Inc.** | | |
|---|---|---|---|
| **Filing ID** | Redacted | | |
| Type | Profit Corporation | Status | Active |

Registered Agent Last Name Changed  From: Hall  To: No Value
Registered Agent Physical Address 1 Changed  From: 85 Purple Sage  To: 1821 Logan Ave
Registered Agent Physical Address 2 Changed  From: PO Box 2169  To: No Value
Registered Agent Physical City Changed  From: Rock Springs  To: Cheyenne
Registered Agent Physical County Changed  From: Sweetwater  To: Laramie
Registered Agent Physical Postal Code Changed  From: 82901  To: 82001

2020-002829544   Change of Agent                                    05/18/2020

Registered Agent # Changed  From: 0002250  To: 0198289
Registered Agent First Name Changed  From: Donald  To: Willis
Registered Agent Middle Name Changed  From: C  To: V
Registered Agent Last Name Changed  From: Larson  To: Hall
Registered Agent Physical Address 1 Changed  From: 701 S Federal Blvd  To: 85 Purple Sage
Registered Agent Physical Address 2 Changed  From: No Value  To: PO Box 2169
Registered Agent Physical City Changed  From: Riverton  To: Rock Springs
Registered Agent Physical County Changed  From: Fremont  To: Sweetwater
Registered Agent Physical Postal Code Changed  From: 82501  To: 82901

2019-002579659   Delinquency Notice - Tax                           07/02/2019
2019-002523023   Name Change                                        03/27/2019

Filing Name Changed  From: Intermountain Electric Service  To: Intermountain Electric Service Inc.

2016-001920700   Delinquency Notice - Tax                           07/02/2016
2013-001512929   Delinquency Notice - Tax                           07/02/2013
2012-001350277   Delinquency Notice - Tax                           07/02/2012
2007-000625682   Delinquency Notice - Tax                           07/01/2007
2006-000523522   Common Amendment                                   10/13/2006
2006-000523521   Change of Agent                                    10/13/2006
See Filing ID     Initial Filing                                    07/08/1975

# Exhibit 2-B

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York  ▼

| | |
|---|---|
| TRISURA INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 23-cv-11053 |
| Bighorn Construction and Reclamation, LLC; Bighorn Investments and Properties, LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC; Bridgelink Investments, LLC; et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Bighorn Construction and Reclamation, LLC
        777 Main Street, Suite 2800
        Forth Worth, TX 76102

        [See Rider to Summons for other Defendants.]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        225 Liberty Street, 36th Floor
        New York, NY 10281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

Date:   12/22/2023                                     /S/ V. BRAHIMI
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 1:23-cv-11053-GHW-JW   Document 52-23   Filed 03/15/24   Page 18 of 29
Case 1:23-cv-11053-GHW-JW   Document 49-4   Filed 03/09/24   Page 4 of 62
Case 1:23-cv-11053-GHW   Document 3   Filed 12/22/23   Page 3 of 4

Rider to Summons

BIGHORN INVESTMENTS AND PROPERTIES, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BIGHORN SAND & GRAVEL LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK COMMODITIES LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK ENGINEERING LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK INVESTMENTS, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

INTERMOUTAIN ELECTRIC SERVICE, INC.
P.O. Box 2169
Rock Springs, WY 82902

COLE WAYNE JOHNSON
4204 S. County Rd. 1128
Midland, TX 79706

CORD HENRY JOHNSON
1677 Center Point Rd.
Weatherford, TX 76087

CASSIE HAMILTON,
1677 Center Point Rd.
Weatherford, TX 76087

**For the Balance of Exhibit 2-B to Exhibit "23"**

(the Amended Complaint, Civil Cover Sheet and
Amended or Supplemental Rule 7.1 Statement)

**Please see Exhibit "1"**

# Exhibit 3

**Dennis Cowling**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, February 28, 2024 12:14 PM |
| **To:** | Dennis Cowling |
| **Subject:** | FedEx Shipment 775334331571: Your package has been delivered |

**This message originated from outside your organization**

# Hi. Your package was delivered Wed, 02/28/2024 at 10:08am.

Delivered to 1821 LOGAN, CHEYENNE, WY 82001
Received by A.MANZANITAS

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?

**TRACKING NUMBER**    775334331571

1

| | |
|---|---|
| **FROM** | McElroy, Deutsch & Mulvaney |
| | 225 Liberty Street |
| | 36th Floor |
| | New York, NY, US, 10281 |
| | |
| **TO** | Corporation Service Company |
| | Corporation Service Company |
| | 1821 Logan Avenue |
| | CHEYENNE, WY, US, 82001 |
| **PURCHASE ORDER NUMBER** | Dennis O'Neil Cowling |
| **REFERENCE** | S0163-4039 |
| **SHIPPER REFERENCE** | S0163-4039 |
| **SHIP DATE** | Tue 2/27/2024 03:37 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | New York, NY, US, 10281 |
| **DESTINATION** | CHEYENNE, WY, US, 82001 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from start to finish. And if you need to make a return, our network of

2



# Exhibit 4

Case 1:23-cv-11053-GHW-JW   Document 49-36   Filed 02/20/24   Page 12 of 13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Job #: 2024954

Attorney: McElroy, Deutsch, Mulvaney & Carpenter, LLP PH: (212) 483-9490
Address: 225 Liberty Street, 36th Floor New York, NY 10281

Trisura Insurance Company,

|  |  |
|---|---|
| | Civil Action Number: 23-cv-11053 |
| *Plaintiff* | Date Filed: |
| **vs** | Client's File No.: T0817 1001 |
| Bighorn Construction and Reclamation, LLC, et al., | Court Date: |
| *Defendants* | Court Time: |

STATE OF WYOMING, COUNTY OF LARAMIE, SS.:
Gregory Goodwine, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of Wyoming.

On **02/06/2024**, at **3:55 PM** at: **1821 Logan Avenue, Cheyenne, WY 82001** Deponent served the within Summons in a Civil Action, Rider to Summons, Amended Complaint, Civil Cover Sheet, Civil Cover Rider Sheet and Amended or Supplemental Rule 7.1 Statement

On: **Intermountain Electric Service, Inc., c/o: Corporation Service Company,** the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there:

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Isaiah Rose personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Assistant of authorized Agent (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: Black      Color of hair: Black   Glasses:
Age: 30 - 40 Yrs   Height: 5ft 7in - 5ft 9in      Weight: 170-180 Lbs.      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 5th day of February 2024

VALERIE VASQUEZ
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 165908
MY COMMISSION EXPIRES: 08/__/____

Gregory Goodwine

*GATE PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

| | | |
|---|---|---|
| | | affiliates?", select the Yes or No radio button - If Yes - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time - name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. (kw) (Entered: 12/26/2023) |
| 12/28/2023 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Trisura Group Ltd., Corporate Parent Trisura (US) Holding Company for Trisura Insurance Company. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 12/28/2023) |
| 01/10/2024 | 9 | AMENDED COMPLAINT amending 5 Complaint,, against Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Commodities LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Development LLC, Bridgelink Renewable Energy Investments LLC, Cassie Hamilton, Intermoutain Electric Service, Inc., Cole Wayne Johnson, Cord Henry Johnson.Document filed by Trisura Insurance Company. Related document: 5 Complaint,,. (Attachments: # 1 Exhibit A: Indemnity Agreement in favor of Plaintiff, # 2 Exhibit B-1: Bonds, Performance and Payment, TIC01702, # 3 Exhibit B-2: Rider No. 1 to Bonds TIC01702, # 4 Exhibit C: Collateral Demand Letter to Defendants).(Cowling, Dennis) (Entered: 01/10/2024) |
| 01/10/2024 | 10 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Trisura Group Ltd., Corporate Parent Trisura (US) Holding Company for Trisura Insurance Company. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 01/10/2024) |
| 02/22/2024 | 11 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Construction and Reclamation, LLC served on 1/25/2024, answer due 2/15/2024. Service was accepted by Cynthia Jackson of URS Agents, LLC, Registered Agent. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/22/2024 | 12 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Investments and Properties, LLC served on 1/25/2024, answer due 2/15/2024. Service was accepted by Cynthia Jackson of URS Agents, LLC, Registered Agent. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/22/2024 | 13 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Intermoutain Electric Service, Inc. served on 2/6/2024, answer due 2/27/2024. Service was accepted by Isaiah Rose of Corporation Service Company, Assistant of Authorized Registered Agent to accept service of process. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/22/2024) |
| 02/23/2024 | 14 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bighorn Sand & Gravel LLC served on 1/12/2024, answer due 2/2/2024. Service was accepted by Heather Stewart, Corporate Specialist, URS Agents LLC, Delaware, authorized to accept service on Defendant's behalf. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/23/2024) |
| 02/23/2024 | 15 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Service was accepted by Janice Brown, Agent for URS Agents LLC, Texas, authorized to accept service on Defendant's behalf. Document filed by Trisura Insurance Company..(Cowling, Dennis) (Entered: 02/23/2024) |
| 02/23/2024 | 16 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,. Bridgelink Commodities LLC served on 1/12/2024, answer due 2/2/2024. Service was accepted by |

# Exhibit 5



**HZC**
**Transmittal Number: 28499832**

# Rejection of Service of Process

**Return to Sender Information:**

John W Morris null
McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street, 36th Fl
New York, NY 10281

| | |
|---|---|
| **Date:** | 02/08/2024 |
| **Party Served:** | Unclear |
| **Title of Action:** | Trisura Insurance Company vs. Bighorn Construction and Reclamation, LLC |
| **Case/Reference No:** | 1:23-cv-11053-GHW-JW |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

The legal process MUST specifically indicate which party is being served. Sufficient copies must be furnished so that we may transmit one copy for each defendant if multiple parties are being served. We cannot make copies of process if you have not provided sufficient copies. We also cannot choose against whom, among a group of potential defendants, service is directed if none among them are specifically designated as the entity being served.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882   |   sop@cscglobal.com