IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRISURA INSURANCE COMPANY<br>*Plaintiff*,<br><br>vs.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC; BIGHORN SAND & GRAVEL LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK ENGINEERING LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUNTAIN ELECTRIC SERVICE, INC., COLE WAYNE JOHNSON; CORD HENRY JOHNSON, AND CASSIE HAMILTON,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Case No. 1:23-cv-11053-GHW-JW<br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Vikesh Navnit Patel hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bighorn Construction And Reclamation, LLC, Bighorn Investments And Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Commodities LLC, Bridgelink Engineering LLC; Bridgelink Investments, LLC, Bridgelink Renewable Energy Development LLC, Bridgelink Renewable Energy Investments LLC; Intermountain Electric Service, Inc.; Cord Henry Johnson; and Cassie Hamilton in the above-captioned action.

I am in good standing of the bars of the states of New York and Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 20, 2024

Respectfully submitted,

/s/ Vikesh Patel
Vikesh N. Patel
Kearney, McWilliams & Davis
55 Waugh Drive, Suite 150
Houston, Texas 77007
Telephone/Fax: (713) 916-2751 *fax*
Email: vpatel@kmd.law

**Attorney for Defendants Bighorn Construction And Reclamation, LLC; Bighorn Investments And Properties, LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC; Bridgelink Investments, LLC; Bridgelink Renewable Energy Development LLC; Bridgelink Renewable Energy Investments LLC; Intermountain Electric Service, Inc.; Cord Henry Johnson; and Cassie Hamilton**