IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRISURA INSURANCE COMPANY<br>*Plaintiff*,<br><br>vs.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC; BIGHORN SAND & GRAVEL LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK ENGINEERING LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUNTAIN ELECTRIC SERVICE, INC., COLE WAYNE JOHNSON; CORD HENRY JOHNSON, AND CASSIE HAMILTON,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 23-cv-11053<br>**DECLARATION OF VIKESH N. PATEL** |

"My name is Vikesh Patel. I am over the age of twenty-one (21) and a citizen of the United States of America. I declare under penalty of perjury that the following is true and correct:

(a) I have never been convicted of a felony;
(b) I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and,
(c) There are no disciplinary proceedings presently against me.

FURTHER, DECLARANT SAYETH NOT."

Executed on the 19th day of March, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

*Vikesh Patel*
_____
Vikesh N. Patel