IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRISURA INSURANCE COMPANY | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 1:23-cv-11053-GHW-JW |
| | § | **ORDER FOR ADMISSION** |
| BIGHORN CONSTRUCTION AND | § | *PRO HAC VICE* |
| RECLAMATION, LLC, BIGHORN | § | |
| INVESTMENTS AND PROPERTIES, | § | |
| LLC; BIGHORN SAND & GRAVEL LLC, | § | |
| BRIDGELINK COMMODITIES LLC, | § | |
| BRIDGELINK ENGINEERING LLC, | § | |
| BRIDGELINK INVESTMENTS, LLC, | § | |
| BRIDGELINK RENEWABLE ENERGY | § | |
| DEVELOPMENT LLC, BRIDGELINK | § | |
| RENEWABLE ENERGY INVESTMENTS | § | |
| LLC; INTERMOUNTAIN ELECTRIC | § | |
| SERVICE, INC., COLE WAYNE | § | |
| JOHNSON; CORD HENRY JOHNSON, | § | |
| AND CASSIE HAMILTON, | § | |
| *Defendants*. | § | |

The motion of Vikesh Navnit Patel, for admission to practice Pro Hae Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New York and Texas; and that his/her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Vikesh N. Patel |
| Firm Name: | Kearney, McWilliams & Davis |
| Address: | 55 Waugh Drive, Suite 150 |
| City/State/Zip: | Houston, Texas 77007 |
| Telephone/Fax: | (713) 916-2751 |
| Email: | vpatel@kmd.law |

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for

Defendants Bighorn Construction And Reclamation, LLC; Bighorn Investments and Properties,

LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC;

Bridgelink Investments, LLC; Bridgelink Renewable Energy Development LLC; Bridgelink

Renewable Energy Investments LLC; Intermountain Electric Service, Inc.; Cord Henry Johnson; and Cassie Hamilton in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hae Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____         _____
United States District/Magistrate Judge