IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRISURA INSURANCE COMPANY<br>*Plaintiff*,<br><br>vs.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC; BIGHORN SAND & GRAVEL LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK ENGINEERING LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUNTAIN ELECTRIC SERVICE, INC., COLE WAYNE JOHNSON; CORD HENRY JOHNSON, AND CASSIE HAMILTON,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 23-cv-11053<br>**DECLARATION OF VIKESH N. PATEL** |

"My name is Vikesh Patel. I am over the age of twenty-one (21) and a citizen of the United States of America. I declare under penalty of perjury that the following is true and correct:

1. I am an attorney bared to practice law in the States of New York and Texas.

2. I was recently engaged by Bighorn Construction And Reclamation, LLC; Bighorn Investments And Properties, LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC; Bridgelink Investments, LLC; Bridgelink Renewable Energy Development LLC; Bridgelink Renewable Energy Investments LLC; Intermountain Electric Service, Inc.; Cord Henry Johnson; Cassie Hamilton, (collectively, the "Defendants") to file an answer in this matter a few days ago because Defendants' original sought out counsel was not able to handle the matter.

3. I contacted John W. Morris, Adam R. Schwarts, and Dennis O'Neil Cowling (collectively "Opposing Counsel") on March 19, 2024, regarding an extension to file an answer.

4. Opposing Counsel stated they would need to confirm with Plaintiff and stated that an email was sent to Plaintiff to request an extension of time be granted.

5. I requested Opposing Counsel call the Plaintiff, but Opposing Counsel stated they did not have a phone number to reach Plaintiff and inquire regarding the extension.

6. I have not heard back from Opposing Counsel to grant an extension of time to answer the complaint.

7. I believe in good faith that an additional 14 days will provide the Defendants with more time to answer the Complaint, not for delay but so that justice may be done.

FURTHER, DECLARANT SAYETH NOT."

Executed on the 19th day of March 2024.

I declare under penalty of perjury that the foregoing is true and correct.

*Vikesh Patel*
Vikesh N. Patel