IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRISURA INSURANCE COMPANY<br>*Plaintiff*,<br><br>vs.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC, BIGHORN SAND & GRAVEL LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK ENGINEERING LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUNTAIN ELECTRIC SERVICE, INC., COLE WAYNE JOHNSON, CORD HENRY JOHNSON, AND CASSIE HAMILTON,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 23-cv-11053<br>**MOTION TO EXTEND TIME TO FILE ANSWER THE AMENDED COMPLAINT** |

The motion to extend time of an additional fourteen days to answer complaint filed by Defendants, Bighorn Construction And Reclamation, LLC, Bighorn Investments And Properties, LLC, Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Development LLC, Bridgelink Renewable Energy Investments LLC, Intermountain Electric Service, Inc., Cole Wayne Johnson, Cord Henry Johnson, Cassie Hamilton, (collectively, the "Defendants") in the above captioned action is granted.

Dated: _____  _____
United States District/Magistrate Judge