UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

          Plaintiff,

    –against–

BIGHORN CONSTRUCTION AND RECLAMATION, LLC; BIGHORN INVESTMENTS AND PROPERTIES, LLC; BIGHORN SAND & GRAVEL LLC; BRIDGELINK COMMODITIES LLC; BRIDGELINK ENGINEERING LLC; BRIDGELINK INVESTMENTS, LLC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUTAIN ELECTRIC SERVICE, INC.; COLE WAYNE JOHNSON; CORD HENRY JOHNSON; CASSIE HAMILTON,

          Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:23-cv-11053-GWH-JW

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John W. Morris, Esq., of McElroy, Deutsch, Mulvaney & Carpenter LLP, 225 Liberty Street, 36th Floor, New York, New York 10281 appears herein as lead counsel for the Plaintiff, Trisura Insurance Company.

Dated: New York, New York
       March 25, 2024

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant Trisura Insurance Company*

By:   /s/ *John W. Morris*
       John W. Morris
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490
JMorris@mdmc-law.com

TO:
Vikesh N. Patel, Esq.
Attorney for Defendants