# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

JOHN W. MORRIS
Direct dial: (973) 425-8839
jmorris@mdmc-law.com

April 10, 2024

By ECF

Honorable Gregory H. Woods, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

   Re: *Trisura v. Bighorn Construction and Reclamation, LLC*, et al.
     USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Dear Honorable Sir:

  The undersigned represent the Plaintiff and Defendants in the above-referenced action.

  In response to the Court's Order dated March 27, 2024, we jointly and respectfully submit this letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge.

          Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
*Attorneys for Plaintiff*

By: /s/ John W. Morris
   John W. Morris

225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490 (Telephone)
jmorris@mdmc-law.com

KEARNEY, MCWILLIAMS & DAVIS, PLLC
*Attorneys for Defendants*

By: /s/ Vikesh N. Patel
   Vikesh N. Patel

55 Waugh Drive, Suite 150
Houston, Texas 77007
(713) 999-5287 (Telephone)
vpatel@kmd.law