UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

        Plaintiff,

–against–

BIGHORN CONSTRUCTION AND RECLAMATION, LLC; BIGHORN INVESTMENTS AND PROPERTIES, LLC; BIGHORN SAND & GRAVEL LLC; BRIDGELINK COMMODITIES LLC; BRIDGELINK ENGINEERING LLC; BRIDGELINK INVESTMENTS, LLC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC; INTERMOUTAIN ELECTRIC SERVICE, INC.; COLE WAYNE JOHNSON; CORD HENRY JOHNSON; CASSIE HAMILTON,

        Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:23-cv-11053-GWH-JW

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Adam R. Schwartz, Esq., of McElroy, Deutsch, Mulvaney & Carpenter LLP, 225 Liberty Street, 36th Floor, New York, New York 10281 appears herein as counsel for the Plaintiff, Trisura Insurance Company.

Dated: New York, New York
       May 2, 2024

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant Trisura Insurance Company*

By:   /s/ *Adam R. Schwartz*
      Adam R. Schwartz
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490
ASchwartz@mdmc-law.com

TO:
KEARNEY, MCWILLIAMS & DAVIS, PLLC, (By PACER)
*Attorney for Defendants*