# EXHIBIT B

# mghovel@kmd.law

| | |
|---|---|
| **From:** | KMD Law - Vikesh Patel <vpatel@kmd.law> |
| **Sent:** | Tuesday, May 7, 2024 12:22 PM |
| **To:** | Monica Garza-Hovel |
| **Subject:** | Fwd: Trisura v Bridgelink |
| | |
| **Flag Status:** | Flagged |

Best,

**Vikesh N. Patel**
*Business & Intellectual Property*
Licensed in *DC, NM, NY* & *TX*

**Kearney, McWilliams & Davis, PLLC**
**Houston**: 55 Waugh #150, Houston, TX 77007
**Denver**: 1625 Broadway #2950, Denver, CO 80202
**Dallas-Fort Worth**: 1235 South Main #280, Grapevine, TX 76051
**San Antonio**: 40 NE Loop 410 #431, San Antonio, TX 78216
Phone: (713) 936-9620 x 108 • Cell/Fax: (832) 916-2751
[www.kmd.law](www.kmd.law) • [www.linkedin.com/in/vikesh-n-patel](www.linkedin.com/in/vikesh-n-patel)

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. [2510-2521](), [2701-2710](), is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.

Begin forwarded message:

> **From:** Dennis Cowling <DCowling@mdmc-law.com>
> **Date:** May 2, 2024 at 5:22:18 PM CDT
> **To:** KMD Law - Vikesh Patel <vpatel@kmd.law>
> **Cc:** Stacey Barnes <sbarnes@kmd.law>, Bradley Nevills <bnevills@kmd.law>, "Adam R. Schwartz" <aschwartz@mdmc-law.com>, Donna Carpenter <dcarpenter@mdmc-law.com>
> **Subject: RE: Trisura v Bridgelink**
>
>
> Vikesh,
> As we clearly indicated, $8,000.00 was our final offer. We are proceeding to file our application.
> Regards,
>
> 
>
> **Dennis Cowling**
> Of Counsel

225 Liberty Street
36th Floor
New York, New York 10281

**DCowling@mdmc-law.com**
**T:** 212-483-9490  **F:** 212-483-9129
**mdmc-law.com**



The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that yo received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communica error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

**From:** KMD Law - Vikesh Patel <vpatel@kmd.law>
**Sent:** Thursday, May 2, 2024 6:06 PM
**To:** Dennis Cowling <DCowling@mdmc-law.com>
**Cc:** Stacey Barnes <sbarnes@kmd.law>; Bradley Nevills <bnevills@kmd.law>; Adam R. Schwartz <aschwartz@mdmc-law.com>; Donna Carpenter <dcarpenter@mdmc-law.com>
**Subject:** Re: Trisura v Bridgelink

**This message originated from outside your organization**

Dennis,

Again, the invoices are clearly duplicative. Work that simply needed a change of name. I'm willing to meet you at $4000. I believe this is a fair payment.


**Best,**

**Vikesh N. Patel**
*Business & Intellectual Property*
Licensed in *DC, NM, NY* & *TX*

**Kearney, McWilliams & Davis, PLLC**
**Houston**: 55 Waugh #150, Houston, TX 77007
**Denver**: 1625 Broadway #2950, Denver, CO 80202
**Dallas-Fort Worth**: 1235 South Main #280, Grapevine, TX 76051
**San Antonio**: 40 NE Loop 410 #431, San Antonio, TX 78216
Phone: (713) 936-9620 x 108 • Cell/Fax: (832) 916-2751
www.kmd.law • www.linkedin.com/in/vikesh-n-patel

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, 2701-2710, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.

> On May 2, 2024, at 5:03 PM, Dennis Cowling <DCowling@mdmc-law.com> wrote: