IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRISURA INSURANCE COMPANY § § Plaintiff, § § vs. § § BIGHORN CONSTRUCTION AND § RECLAMATION, LLC; BIGHORN § INVESTMENTS AND PROPERTIES, § LLC; BIGHORN SAND & GRAVEL LLC; § BRIDGELINK COMMODITIES LLC; § BRIDGELINK ENGINEERING LLC; § BRIDGELINK INVESTMENTS, LLC; § BRIDGELINK RENEWABLE ENERGY § DEVELOPMENT LLC; BRIDGELINK § RENEWABLE ENERGY INVESTMENTS § LLC; INTERMOUNTAIN ELECTRIC § SERVICE, INC.; COLE WAYNE JOHNSON § CORD HENRY JOHNSON; § CASSIE HAMILTON, § § Defendants. § | **ANSWER TO COMPLAINT** Civil Action No. 23-cv-11053 |

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Bighorn Construction And Reclamation, LLC; Bighorn Investments And Properties, LLC; Bighorn Sand & Gravel LLC; Bridgelink Commodities LLC; Bridgelink Engineering LLC; Bridgelink Investments, LLC; Bridgelink Renewable Energy Development LLC; Bridgelink Renewable Energy Investments LLC; Intermountain Electric Service, Inc.; Cord Henry Johnson; Cassie Hamilton, (collectively, the "Defendants"), make these disclosures as follows:

**1.  Name, address, and phone number of each individual likely to have knowledge of discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.**

RESPONSE

**Jicarilla Solar 1 LLC**
Fazli Qadir
621 West Randolph St
Chicago, IL 60661
312-902-4719
FQadir@HecateEnergy.com

**Jicarilla Solar 1 LLC**
Cristi Thomas, P.E., Head of Engineering and Construction
c/o Repsol Services Company
2455 Technology Forest Boulevard
The Woodlands, TX 77381

**Trisura Insurance Company**
Martin Moss
1411 Opus Place, Suite 450
Downers Grove, IL 60515

**Trisura Insurance Company**
Stuart Detsky
1411 Opus Place, Suite 450
Downers Grove, IL 60515
stuart.detsky@trisura.com

**Trisura Insurance Company**
George James, Chief Underwriter
1411 Opus Place, Suite 450
Downers Grove, IL 60515
george.james@trisura.com

**Repsol Renewable NA**
Federico Toro
2455 Technology Forest Blvd, Building 5
The Woodlands, TX 77381
Federico.toro@repsoleyg.com
(832)-461-2002

**Repsol Renewable**
Chad Campbell
2455 Technology Forest Blvd, Building 5

The Woodlands, TX 77381
Phone: 832-695-9194
Chad.Campbell@repsol.com

**Vertex Company Inc**
Andrew Brouwer
abrouwer@vertexeng.com

**Vertex Company Inc**
William McConnell
wmcconnell@vertexeng.com

**Cord Johnson**
C/O Vikesh Patel
Kearney, McWilliams & Davis, PLLC
55 Waugh #150
Houston, Texas 77007
713-936-9620 ext 107
vpatel@kmd.law

**2.     A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

RESPONSE

- Solar Power Facility Engineering, Procurement And Construction Agreement – underlying agreement between Bridgelink Engineering LLC and Jicarilla Solar.
- Bonds documents and agreements listing Trisura Insurance Company as the surety, Bridgelink Engineering LLC as the Contractor, and Jicarilla Solar 1, LLC as the Owner.
- All correspondence and documents exchanged regarding the draw-down of the bond in question.
- All communications with Repsol Renewable regarding performance under the underlying Construction Agreement.

**3.     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such**

**computation is based, including materials bearing on the nature and extent of injuries suffered.**

RESPONSE

- $24,465,404.00 the compensation due under the Solar Power Facility Engineering, Procurement And Construction Agreement

**4.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

RESPONSE

Not Applicable.

                            KEARNEY, MCWILLIAMS & DAVIS

                            By: /s/Vikesh N. Patel
                                  Vikesh N. Patel
                                  NYSBN: 6061386
                                  TXSBN: 24124350
                                  vpatel@kmd.law
                                  55 Waugh Drive, Suite 150
                                  Houston, TX 77007
                                  Tel: (713) 736-9620 x108
                                  Fax: (713) 999-5287
                                  *Attorney for Defendants*
                                  *Pending Admission Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 15th day of May 2024, a true and correct copy of the foregoing instrument was served on all parties and counsel of record in accordance with the Rules of Civil Procedure.

                                      */s/Vikesh Patel*
                                      Vikesh Patel