UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

                Plaintiff,

        -against-

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC; BIGHORN
INVESTMENTS AND PROPERTIES,
LLC; BIGHORN SAND & GRAVEL LLC;
BRIDGELINK COMMODITIES LLC;
BRIDGELINK ENGINEERING LLC;
BRIDGELINK INVESTMENTS, LLC;
BRIDGELINK RENEWABLE ENERGY
DEVELOPMENT LLC; BRIDGELINK
RENEWABLE ENERGY INVESTMENTS
LLC; INTERMOUTAIN ELECTRIC
SERVICE, INC.; COLE WAYNE
JOHNSON; CORD HENRY JOHNSON;
CASSIE HAMILTON

                Defendant.
------------------------------------------------------------------X

**ORDER**

**23-CV-11053 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 16, 2024, the Court held an initial case management conference and found the Parties proposed case management timeframes acceptable. The Parties shall adhere to the following discovery schedule:

- All fact discovery is due November 12, 2024.

- Depositions are due November 12, 2024.

- Initial sets of interrogatories shall be served by June 14, 2024, and all subsequent interrogatories shall be served by October 13, 2024.

- Initial requests for admission shall be served by June 14, 2024, and all subsequent requests shall be served by October 13, 2024.

- Initial requests for production shall be served by June 14, 2024, and responses shall be due on July 16, 2024, and all subsequent requests shall be served by October 13, 2024.

- Expert discovery shall be completed by January 10, 2025.

- Expert testimony discovery is due December 12, 2024.

- Expert testimony in opposition is due December 30, 2024.

- Expert disclosure shall close January 10, 2025.

- The last date to join other parties is September 13, 2024.

- The last date to amend the Complaint is September 13, 2024.

SO ORDERED.

DATED:   New York, New York
         May 16, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge