# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

ADAM R. SCHWARTZ
aschwartz@mdmc-law.com

May 24, 2024

<u>By PACER ECF</u>

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:   *Trisura v. Bighorn Construction and Reclamation, LLC*, et al.
              USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Dear Honorable Madam:

      We represent Plaintiff, Trisura Insurance Company ("Trisura"). We write to advise the Court, consistent with the representation made during the conference, that Trisura requests that the Court hold our fee application in abeyance since we resolved the amount of fees with Defendants' counsel, subject to our receipt of payment. Once payment is received, we will withdraw the application.

      Respectfully submitted,

      MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
      *Attorneys for Plaintiff*

      By:   */s/* Adam R. Schwartz
            John W. Morris
            Adam R. Schwartz
            Dennis O'Neil Cowling
      225 Liberty Street, 36th Floor
      New York, New York 10281
      (212) 483-9490 (Telephone)
      jmorris@mdmc-law.com
      aschwartz@mdmc-law.com
      dcowling@mdmc-law.com

cc: Counsel for Defendants via PACER ECF