**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

                     Plaintiff,                     **ORDER**

                  -against-                   **23-CV-11053 (GHW) (JW)**

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, et al.,

                     Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's letter dated June 20, 2024, requesting a conference call. Dkt. No. 76. Plaintiff's letter asserts that, despite an agreement on the $5,000 payment of attorneys' fees, Defendants have not made the payment nor given Plaintiff any reason for the failure to pay. Id.

    The Parties are ordered to appear for an in-person conference on **July 10, 2024, at 1:00pm**, in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Should this dispute be resolved, the Parties have until two business days prior to the conference to file a joint letter informing the Court of the resolution and the July 10th conference will be adjourned.

    SO ORDERED.

DATED:    New York, New York
              June 21, 2024

                                                        _Jennifer E. Willis_
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge