# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

ADAM R. SCHWARTZ
aschwartz@mdmc-law.com

July 8, 2024

By PACER ECF

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:    *Trisura v. Bighorn Construction and Reclamation, LLC*, et al.
             USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Dear Honorable Madam:

    We write in response to the Court's June 21, 2024 Order (Dkt. No. 77) concerning the payment of the agreed upon $5,000 in attorneys' fees in connection with this Court's Order awarding attorneys' fees to plaintiff (Dkt. No. 63).

    Defendants have advised plaintiff that a wire in the amount of $5,000 is scheduled to be received by plaintiff's counsel, McElroy Deutsch, on or before Wednesday, July 10, 2024. This joint letter is to inform the Court of the status of the dispute as indicated, and to request adjournment of the July 10th conference.

    Should the wire not be received on or before July 10, 2024, plaintiff will advise the Court.

                           Respectfully submitted,

| MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | KEARNEY, MCWILLIAMS & DAVIS, PLLC |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By:   */s/ Adam R. Schwartz* | By:   */s/ Vikesh N. Patel* |
|       John W. Morris |       Vikesh N. Patel |
|       Adam R. Schwartz | |
|       Dennis O'Neil Cowling | 55 Waugh Drive, Suite 150 |
| 225 Liberty Street, 36th Floor | Houston, Texas 77007 |
| New York, New York 10281 | (713) 936-9620 x 108 (Telephone) |
| (212) 483-9490 (Telephone) | vpatel@kmd.law |
| jmorris@mdmc-law.com | |
| aschwartz@mdmc-law.com | |
| dcowling@mdmc-law.com | |