# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
mdmc-law.com

ADAM R. SCHWARTZ
aschwartz@mdmc-law.com

> This request is GRANTED. The conference is adjourned *sine die*. The Parties are ordered to provide the Court with another status update by end of day July 10, 2024, confirming completion of the payment. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> July 9, 2024.

<u>By PACER ECF</u>

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

Re: *Trisura v. Bighorn Construction and Reclamation, LLC, et al.*
USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Dear Honorable Madam:

We write in response to the Court's June 21, 2024 Order (Dkt. No. 77) concerning the payment of the agreed upon $5,000 in attorneys' fees in connection with this Court's Order awarding attorneys' fees to plaintiff (Dkt. No. 63).

Defendants have advised plaintiff that a wire in the amount of $5,000 is scheduled to be received by plaintiff's counsel, McElroy Deutsch, on or before Wednesday, July 10, 2024. This joint letter is to inform the Court of the status of the dispute as indicated, and to request adjournment of the July 10th conference.

Should the wire not be received on or before July 10, 2024, plaintiff will advise the Court.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
*Attorneys for Plaintiff*

By: */s/ Adam R. Schwartz*
    John W. Morris
    Adam R. Schwartz
    Dennis O'Neil Cowling
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490 (Telephone)
jmorris@mdmc-law.com
aschwartz@mdmc-law.com
dcowling@mdmc-law.com

KEARNEY, MCWILLIAMS & DAVIS, PLLC
*Attorneys for Defendants*

By: */s/ Vikesh N. Patel*
    Vikesh N. Patel

55 Waugh Drive, Suite 150
Houston, Texas 77007
(713) 936-9620 x 108 (Telephone)
vpatel@kmd.law