# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

ADAM R. SCHWARTZ
aschwartz@mdmc-law.com

July 10, 2024

By PACER ECF

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:   *Trisura v. Bighorn Construction and Reclamation, LLC*, et al.
             USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Dear Honorable Madam:

     We write in response to the Court's July 9, 2024 Memo Endorsement (Dkt. No. 79) for a status update as to the payment of the agreed upon $5,000 in attorneys' fees in connection with this Court's Order awarding attorneys' fees to Plaintiff (Dkt. No. 63).

     This joint letter is to confirm to the Court that Plaintiff received payment of the $5,000 from Defendants today. We thank the Court for its assistance.

                              Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
*Attorneys for Plaintiff*

By:   */s/ Adam R. Schwartz*
      John W. Morris
      Adam R. Schwartz
      Dennis O'Neil Cowling
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490 (Telephone)
jmorris@mdmc-law.com
aschwartz@mdmc-law.com
dcowling@mdmc-law.com

KEARNEY, MCWILLIAMS & DAVIS, PLLC
*Attorneys for Defendants*

By:   */s/ Vikesh N. Patel*
      Vikesh N. Patel

55 Waugh Drive, Suite 150
Houston, Texas 77007
(713) 936-9620 x 108 (Telephone)
vpatel@kmd.law