**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

                        Plaintiff,

      -v-                                                                                   23 **CIVIL** 11053 (GHW)

                                                                                             **<u>JUDGMENT</u>**

BIGHORN CONSTRUCTION
AND RECLAMATION, LLC, et al.,

                        Defendants and
                        Third-Party Plaintiffs,

      -v-

JICARILLA SOLAR 1, LLC, and REPSOL
RENEWABLES DEVELOPMENT COMPANY, LLC,

                        Third-Party Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 28, 2025, the Court does not have personal jurisdiction over either Jicarilla LLC or Repsol Development LLC. Therefore, their motion to dismiss for lack of personal jurisdiction is GRANTED. The claims against Jicarilla LLC and Repsol Development LLC are dismissed without prejudice. There being no just reason for delay, judgment is entered for Jicarilla Solar 1, LLC and Repsol Renewables Development Company, LLC.

**Dated:** New York, New York
         May 29, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                 **BY:**                 K. Mango

                                                                      **Deputy Clerk**