**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRISURA INSURANCE COMPANY,

                        Plaintiff,                            **ORDER**

                    -against-                       **23-cv-11053 (GHW) (JW)**

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendants' letter motion to compel discovery at Dkt. No. 140 is **DENIED**. Fact discovery ended under the scheduling order on November 12, 2024—more than nine months ago. See Dkt. No. 73. Defendants offer no reason for their delayed letter discovery motion. Indeed, they fail to even acknowledge their untimeliness. Under these circumstances, no relief is warranted. Fact discovery remains closed.

      **The Clerk of Court is respectfully requested to close Dkt. No. 140.**

      SO ORDERED.

DATED:    New York, New York
              August 28, 2025

                                                           */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge