UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRISURA INSURANCE COMPANY,

                  Plaintiff,

           -against-

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, *et al.*,

                  Defendants.

------------------------------------------------------------------X

**ORDER**

**23-cv-11053 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 28, 2025, the Court denied Defendants' letter motion to compel discovery because the letter was filed 9 months after the end of fact discovery, and Defendants offered no reason for their delay. Dkt. No. 144. On September 23, 2025—26 days after the Court's August 28 order—Defendants filed a letter motion for reconsideration.

Motions for reconsideration for non-dispositive matters are governed by Rule 72(a) of the Federal Rules of Civil Procedure and Local Rule 6.3. Under both rules, a party must serve objections to a court's order within 14 days after being served with a copy of the order. <u>See</u> Fed. R. Civ. P 72(a); Local Rule 6.3. Here, Defendants' window to raise objections to the Court's August 28 order ended on September 11—14 days after the order was issued. Defendants did not file their motion for reconsideration until September 23—26 days after the Court's denial of their

motion—which is well beyond the 14-day objection period.    As such, the Court

**DENIES** Defendants' motion for reconsideration as untimely.

   **The Clerk of Court is respectfully requested to close Dkt. No. 150.**

   SO ORDERED.

DATED:     New York, New York
           September 30, 2025

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge