UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TRISURA INSURANCE COMPANY,

      Plaintiff,      **ORDER**

  -against-        **23-cv-11053 (GHW) (JW)**

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, *et al.*,

      Defendants.

-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' counsel's motion to withdraw as counsel at Dkt. No. 156. The parties are to appear for a remote video conference via Microsoft Teams to discuss the motion on **February 5, 2026, at 1:00 PM**. A defendant representative is required to appear. Defense counsel is directed to send Defendants a copy of this order.

Parties can join the video conference using this link sent to all noticed attorneys, or on Microsoft Teams by entering Meeting ID 237 166 201 956 75 and Passcode EN6Ud2vK.

SO ORDERED.

DATED: New York, New York
    January 16, 2026

            *Jennifer E. Willis*
            JENNIFER E. WILLIS
            United States Magistrate Judge