**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TRISURA INSURANCE COMPANY,

                    Plaintiff,

           -against-

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, *et al.*,

                  Defendants.

-------------------------------------------------------------------X

                         **ORDER**

         **23-cv-11053 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Corporate Representatives for Defendants' request for a 60-day continuance to retain new counsel. This request is **GRANTED**. Plaintiffs now have until **May 4, 2026**, to retain new counsel.

Because Defendants are still seeking new counsel, the Court provisionally withdraws Plaintiff's motion for summary judgment at Dkt. No. 154. Once Defendants retain new counsel, Plaintiff has leave to re-file the motion for summary judgment without the need for further briefing.

**The Clerk of Court is respectfully requested to close Dkt. No. 154.**

SO ORDERED.

DATED:    New York, New York
          March 4, 2026

                              *Jennifer E. Willis*
                           JENNIFER E. WILLIS
                         United States Magistrate Judge