**McElroy Deutsch**

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
**MDMC-LAW.COM**

JOHN W. MORRIS
Telephone: (973) 993-8100
jmorris@mdmc-law.com

September 15, 2026

By PACER ECF
Honorable Gregory H. Woods, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: *Trisura v. Bighorn Construction and Reclamation, LLC, et al*.
USDC SDNY Case No.: 1:23-cv-11053-GHW-JW

Honorable Sir:

We represent Plaintiff, Trisura Insurance Company ("Trisura") in the above-referenced matter. Through our own search, we have learned that Cole Wayne Johnson and Cord Henry Johnson, two of the Defendants in this matter, have been placed in involuntary bankruptcy in the United States Bankruptcy Court for the Northern District of Texas, Docket Nos. 4:26bk43993 and 4:26bk43995. Out of an abundance of caution, we write to inform the Court of this development, as at this time, this case should be stayed only as to Defendants, Cole Wayne Johnson and Cord Henry Johnson.

We also note this Court's recent decision in *Everest Reinsurance Co. v. All State Equip,. LLC,*. No. 1:25-cv-9500-GHW, 2026 U.S. Dist. LEXIS 159225; 2026 LX 386566 (S.D.N.Y. July 17, 2026). The *Everest* case is inapplicable and distinguishable from this case, for among other reasons, because there the defendants asserted crossclaims against each other, whereas here, the matter has been pending for years but no crossclaims have been asserted among the defendants. Therefore, we respectfully request that the Court need not stay this entire matter.

We respectfully note that Judge Jennifer E. Willis's Order (Dkt. No. 168) dated May 15, 2026, reopened Plaintiff's summary judgment motion filed on December 1, 2025, Defendants' response, and Trisura's reply to that response at Docket Nos: 154, 155, and 159. The motion should be decided with respect to Defendant Cassie Hamilton.

Respectfully submitted,

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
*Attorneys for Plaintiff Trisura Insurance Company*
By: */s/ John W. Morris*
John W. Morris

Adam R. Schwartz
Dennis O'Neil Cowling
225 Liberty Street, 36th Floor
New York, NY 10281
(212) 483-9490 (Telephone)
jmorris@mdmc-law.com

cc: All Defendants via PACER.